**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

IN RE:  SUN RIVER ENERGY, INC.      )
      )     Case No. 15-15610-MER
      )
      Debtor.      )     Chapter 7
      )
      )

**ENTRYOF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the CE McMillan Family Trust, creditor, appears herein by its counsel, Onsager | Guyerson | Fletcher | Johnson LLC, and requests, pursuant to Bankruptcy Rules 2002 and 7001 et seq. and §§ 102(1), 342, and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon the following:

Christian C. Onsager
ONSAGER | GUYERSON | FLETCHER | JOHNSON LLC
1801 Broadway, Suite 900
Denver, Colorado 80202
Phone:   (303) 512-1123
Fax No.: (303) 512-1129
consager@ogfj-law.com

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand which affect or seek to affect, in any way, any rights or interests of the creditor.

Dated: June 9, 2015

Respectfully submitted,

**ONSAGER | GUYERSON | FLETCHER | JOHNSON LLC**

s/ Christian C. Onsager
Christian C. Onsager, #06889
1801 Broadway, Suite 900
Denver, Colorado 80202
Ph:  (303) 512-1123
Fax: (303) 512-1129
consager@ogfj-law.com

*Counsel for the CE McMillan Family Trust*

## **Certificate of Service**

        I certify that on June 9, 2015, a copy of this Entry of Appearance and Request for Notice was served by placing it in the United States mail, postage pre-paid, addressed to the following:

Jordan D. Factor                Bob Fowler                      Cyd Hunt
1600 Stout St., Ste. 1100       Nova Leasing, LLC               M. Gabriel McFarland
Denver, CO 80202-3160           PO Box 917                      910 13th St., Ste. 200
                                Casper, WY 82602-0917           Golden, CO 80401-0731


Eric S. Nelson                  James E. Pennington             Sun River Energy, Inc.
Steve Stephens                  900 Jackson St., Ste. 440       1675 Broadway, Ste. 1200
PO Box 191767                   Dallas, TX 75202-4473           Denver, CO 80202-4682
Atlanta, GA 31119-1767

US Trustee
1961 Stout St., Ste. 12-200
Denver, CO 80294-1961


                                        s/ Barbara A. Moss

2