IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

In re: )
) Case No. 15-15610 MER
SUN RIVER ENERGY )
) Chapter 7
)
Debtor(s). )

### ORDER DENYING MOTION FOR ADMISSION *PRO HAC VICE*

This matter comes before the Court on the Motion for Admission *Pro Hac Vice* filed by George D. Giddens, et al. (the "Motion"). This Court's Local Bankruptcy Rules no longer allow attorneys to appear *pro hac vice*, to wit:

**(2) Attorneys Not Admitted to United States District Court for the District of Colorado:**

**(A)** Admission to the United States District Court for the District of Colorado pro hac vice is no longer available. An attorney, who is a member in good standing of the bar in any other state or any other court of the United States, must comply with the Local Rules of Practice of the United States District Court for the District of Colorado regarding Attorney Rules in order to appear before this court.

**(B) Local Counsel:** When an attorney is located outside of Colorado and does not have an office in Colorado, the court, in its sole discretion, may impose additional requirements for practice before the Bankruptcy Court, including that such out-of-state counsel retain local counsel qualified to practice before this court.[1]

Accordingly,

THE COURT DENIES the Motion.

Dated June 11, 2015

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court

---

[1] Local Bankruptcy Rule 9010-1(b)(2)