**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-15610 MER |
| SUN RIVER ENERGY, INC. ) | |
| ) | Chapter 7 |
| ) | |
| Involuntary Debtor. ) | |

**ORDER FOR RELIEF AND**
**PROCEDURE IN INVOLUNTARY CASE**

On consideration of the petition filed on May 21, 2015, against the above-named Debtor, and no pleading or other defense thereto having been filed within the time provided by FED.R.BANKR.P. 1011(b), an order for relief must be entered pursuant to FED.R.BANKR.P. 1013(b). In order to comply with FED.R.BANKR.P. 2003, the United States Trustee must call a meeting of creditors to be held not more than forty (40) days after the order for relief. In addition, FED.R.BANKR.P. 2002(a)(1) requires that the Clerk of the Bankruptcy Court provide not less than twenty (21) days notice of said meeting of creditors. Therefore, it is

ORDERED that an order for relief under Chapter 7 of Title 11 of the United States Code is hereby GRANTED; and it is

FURTHER ORDERED that pursuant to FED.R.BANKR.P. 1007(b) and the Local Rules of this court, Debtor shall file creditors' mailing address matrix on or before seven (7) days from the date of entry of this order and the schedules, statement(s) of affairs and other required documents within fourteen (14) days from the date of entry of this order; and it is

FURTHER ORDERED that in the event Debtor does not comply with FED.R.BANKR.P. 1007(b) by timely filing schedules and statements, the petitioning creditors shall, pursuant to FED.R.BANKR.P. 1007(k), file statements, lists, schedules and creditors' matrix on behalf of the estate and within twenty-eight (28) days from the date of entry of this order.

Dated June 17, 2015               BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court