## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Sun River Energy, Inc. | ) | Case No. 15-15610 MER |
| | ) | Chapter 7 Involuntary Petition |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

### NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

1. Harvey Sender, Esq. is appointed interim trustee of the estate of the captioned debtor(s).

2. The blanket bond previously filed on behalf of the interim trustee is approved.

3. Unless another trustee is elected at any meeting of creditors held pursuant to 11 U.S.C. Section 341, if any, the interim trustee shall serve as trustee without further appointment or qualification.

3. The interim trustee shall be deemed to have accepted the appointment unless the interim trustee notifies the Court and the United States Trustee in writing of rejection within seven (7) days after receipt of notice of reappointment.

DATED: June 18, 2015

*Patrick S. Layng*
United States Trustee