United States Bankruptcy Court
District of Colorado

In re:  
Sun River Energy, Inc.  
    Debtor

Case No. 15-15610-MER  
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: cosior              Page 1 of 1                Date Rcvd: Jun 17, 2015
                              Form ID: pdf904           Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2015.
```
db            +Sun River Energy, Inc.,    1675 Broadway, Suite 1200,    Denver, CO 80202-4682
aty           +Cyd Hunt,    910 13th St., Suite 200,    Golden, CO 80401-0731
aty           +M. Gabriel McFarland,    910 13th St., Suite 200,    Golden, CO 80401-0731
ptcrd         +Bob Fowler,    Nova Leasing, LLC,    P.O. Box 917,    Casper, WY 82602-0917
ptcrd         +Erik S. Nelson,    P.O. Box 191767,    Atlanta, GA 31119-1767
ptcrd         +Steve Stephens,    c/o Erik S. Nelson,    P.O. Box 191767,    Atlanta, GA 31119-1767
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2015                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2015 at the address(es) listed below:
```
              Christian C. Onsager    on behalf of Creditor    CE McMillan Family Trust consager@OGFJ-law.com,
               tcadwell@OGFJ-law.com;bmoss@OGFJ-law.com
              George (Dave) Giddens    on behalf of Creditor James E. & Iva L.  Ballard giddens@giddenslaw.com,
               dgiddens@giddenslaw.com
              James E. Pennington    on behalf of Interested Party James E Pennington jep@jeplawyer.com,
               dpound@jeplawyer.com
              Jordan D. Factor    on behalf of Petitioning Creditor Bob  Fowler , CChristensen@allen-vellone.com
              Torben  Welch    on behalf of Creditor Jay  Leaver twelch@messner.com,    sjolly@messner.com
              US Trustee     USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-15610 MER |
| SUN RIVER ENERGY, INC. ) | |
| ) | Chapter 7 |
| ) | |
| Involuntary Debtor. ) | |

**ORDER FOR RELIEF AND
PROCEDURE IN INVOLUNTARY CASE**

On consideration of the petition filed on May 21, 2015, against the above-named Debtor, and no pleading or other defense thereto having been filed within the time provided by FED.R.BANKR.P. 1011(b), an order for relief must be entered pursuant to FED.R.BANKR.P. 1013(b).  In order to comply with FED.R.BANKR.P. 2003, the United States Trustee must call a meeting of creditors to be held not more than forty (40) days after the order for relief.  In addition, FED.R.BANKR.P. 2002(a)(1) requires that the Clerk of the Bankruptcy Court provide not less than twenty (21) days notice of said meeting of creditors.  Therefore, it is

ORDERED that an order for relief under Chapter 7 of Title 11 of the United States Code is hereby GRANTED; and it is

FURTHER ORDERED that pursuant to FED.R.BANKR.P. 1007(b) and the Local Rules of this court, Debtor shall file creditors' mailing address matrix on or before seven (7) days from the date of entry of this order and the schedules, statement(s) of affairs and other required documents within fourteen (14) days from the date of entry of this order; and it is

FURTHER ORDERED that in the event Debtor does not comply with FED.R.BANKR.P. 1007(b) by timely filing schedules and statements, the petitioning creditors shall, pursuant to FED.R.BANKR.P. 1007(k), file statements, lists, schedules and creditors' matrix on behalf of the estate and within twenty-eight (28) days from the date of entry of this order.

Dated June 17, 2015         BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court