UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                )
                                      )   Case No. 15-15610 MER
SUN RIVER ENERGY, INC.,               )
                                      )   Chapter 7
        Debtor.                       )

---

**APPLICATION TO EMPLOY SENDER WASSERMAN WADSWORTH, P.C.
AS ATTORNEYS FOR THE TRUSTEE**

---

Harvey Sender, chapter 7 trustee, hereby applies to this Court for authorization to employ the law firm of Sender Wasserman Wadsworth, P.C. as attorneys for the Trustee, and states as follows:

1. Petitioning Creditors Nova Leasing, LLC, Erik S. Nelson and Steve Stephens filed an involuntary petition against Sun River Energy, Inc. ("Debtor") on May 21, 2015.

2. Harvey Sender is the duly appointed chapter 7 trustee (the "Trustee") for the Debtor's bankruptcy estate.

3. The Trustee desires to hire the law firm of Sender Wasserman Wadsworth, P.C. ("SWW") to represent and generally assist the Trustee in the administration of this case.

4. The firm of Sender Wasserman Wadsworth, P.C. is available to provide the necessary services.

5. The professionals' hourly rates for the services referenced above are as follows:

| Professional | Rate |
|---|---|
| John B. Wasserman | $500 per hour |
| David V. Wadsworth | $375 per hour |
| Daniel A. Hepner | $375 per hour |
| Robert D. Lantz | $325 per hour |
| David J. Warner | $275 per hour |
| Aaron J. Conrardy | $240 per hour |
| Katharine S. Sender | $150 per hour |
| Paralegals | $115 per hour |

All compensation to the professionals shall be subject to approval by the Court after additional motion and notice.

6. To the best of SWW's knowledge, it and its employees have no connection or conflict of interest between SWW and the bankruptcy estate, the Debtor, creditors, any other

party in interest, their respective attorneys and accountants, the United States Trustee's office, or any person employed in the office of the United States Trustee, except as follows:

    (a)    Harvey Sender is a shareholder of SWW.

    (b)    David V. Wadsworth and Daniel A. Hepner serve as chapter 7 panel trustees for the Office of the United States Trustee in other matters.

7. SWW is a disinterested person qualified to be employed under § 327(a) and F.R.B.P. 2014(a). See attached Affidavit of David V. Wadsworth.

8. The Trustee asserts that appointment of SWW is in the best interests of the estate. Courts are generally concerned when a trustee hires his own law firm because doing so potentially creates an actual conflict of interest by allowing the trustee a double recovery. *See In re Butler Industries, Inc.*, 101 B.R. 194, 196 (C.D. Calif. 1989). However, the *Butler* court identified the following four scenarios where trustee's employment of his own law firm may be appropriate: (1) the estate's assets consist of causes of action, such as fraudulent conveyance or preference actions, and legal counsel would look to recovery to pay its fees; (2) relatively little legal work meriting hiring outside counsel; (3) legal action must be immediately taken and trustee cannot wait to locate and appoint outside counsel; and (4) the employment of trustee's firm will reduce costs to the estate.

9. Here, employment of SWW is appropriate under three of the four *Butler* scenarios. First, it appears that substantially all of the estate's assets were fraudulently or preferentially transferred prior to the bankruptcy filing and therefore SWW will likely look to avoidance recoveries for payment of its fees. Second, legal action must be immediately taken. There is a pending foreclosure action in New Mexico in which the foreclosing parties have filed a motion seeking summary judgment and have asserted therein that the automatic stay does not apply because the property at issue was purportedly conveyed by the Debtor shortly before the bankruptcy filing. Third, employment of SWW will reduce costs to the estate because SWW has significant experience litigating the issues raised by this case and the firm's rates are competitive with other firms in the Denver area that typically represent chapter 7 trustees. The Trustee believes SWW's experience will allow SWW to efficiently and economically litigate these claims for the benefit of the estate and its creditors. For these reasons, cause exists to employ SWW and such employment is in the best interests of the estate.

10. SWW requests its employment be approved effective as of June 22, 2015, the date that SWW first provided services to the Trustee in connection with this case.

WHEREFORE, the Trustee requests that Sender Wasserman Wadsworth, P.C. be appointed to act as attorneys for the Trustee effective as of June 22, 2015 and for such other and further relief as to this Court may seem just and proper.

DATED this 23rd day of June, 2015.

Respectfully submitted,

SENDER WASSERMAN WADSWORTH, P.C.

*/s/ David V. Wadsworth*
David V. Wadsworth, #32066
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
303-296-1999 / 303-296-7600 FAX
dwadsworth@sww-legal.com
Attorneys for Trustee

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 23, 2015, I served by prepaid first class mail a copy of the Application to Employ Sender Wasserman Wadsworth, P.C. as Attorneys for the Trustee and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

George (Dave) Giddens
10400 Academy NE, Suite 350
Albuquerque, NM 87111

James E. Pennington
900 Jackson Street, Suite 440
Dallas, TX 75202

Christian C. Onsager
1801 Broadway, Suite 900
Denver, CO 80202

Harvey Sender
1660 Lincoln Street, Suite 2200
Denver, CO 80264

Jordan D. Factor
1600 Stout Street, Suite 1100
Denver, CO 80202

M. Gabriel McFarland
910 13th Street, Suite 200
Golden, CO 80401

Torben Welch
1430 Wynkoop Street, Suite 400
Denver, CO 80202

Sun River Energy, Inc.
1675 Broadway, Suite 1200
Denver, CO 80202

Cyd Hunt
910 13th Street, Suite 200
Golden, CO 80401

U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, CO 80294

*/s/ Rhonda A. Hanshe*
For Sender Wasserman Wadsworth, P.C.