UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-15610 MER |
| SUN RIVER ENERGY, INC., ) | |
| ) | Chapter 7 |
| Debtor. ) | |

ORDER AUTHORIZING EMPLOYMENT OF SENDER WASSERMAN
WADSWORTH, P.C. AS ATTORNEYS FOR THE TRUSTEE

THIS MATTER having come before the Court on Trustee's Application to Employ Sender Wasserman Wadsworth, P.C. as Attorneys for the Trustee, the Court having read the Application, examined the attached Affidavit of David V. Wadsworth on behalf of Sender Wasserman Wadsworth, P.C., and no objections having been filed, and being otherwise fully advised in the premises, it hereby

FINDS that Sender Wasserman Wadsworth, P.C., neither holds nor represents an interest adverse to the estate with respect to matters within the scope of retention, except as disclosed in the Motion, that Sender Wasserman Wadsworth, P.C. is a disinterested person under 11 U.S.C. §§ 101 and 327, and that their employment is necessary and in the best interest of the estate.

IT IS THEREFORE ORDERED that:

1. The Trustee is authorized to employ Sender Wasserman Wadsworth, P.C. as counsel for the Trustee.

2. No fees and expenses shall be paid to Sender Wasserman Wadsworth, P.C. without prior application and approval of the Court.

DATED this  25th day of  June , 2015, *nunc pro tunc* June 22, 2015.

BY THE COURT:

United States Bankruptcy Judge