# UNITED STATES BANKRUTPCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-15610-MER |
| SUN RIVER ENERGY, INC. ) | |
| ) | Involuntary Chapter 7 |
| Debtor ) | |

## NOTICE OF
## MOTION TO DISMISS OR TRANSFER VENUE TO THE UNITED STATES
## BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS

**OBJECTION DEADLINE: July 10, 2015**

**YOU ARE HEREBY NOTIFIED** that Creditor and Interested Party James E. Pennington has filed a Motion to Dismiss or to Transfer Venue to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, with the bankruptcy court and requests the following relief:

Movant requests that the Court dismiss this matter or transfer the Debtor's case to the Bankruptcy Court for the Northern District of Texas, Dallas Division, where venue is proper under 28 U.S.C. § 1401 and would otherwise be appropriate under 28 U.S.C. § 1404(a).

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

___

Dated: June 26, 2015.        By: *s/ James E. Pennington*
                                 James E. Pennington
                                 Colorado Bar No. 33595

                             LAW OFFICES OF JAMES E. PENNINGTON, P.C.
                             900 Jackson Street, Suite 440
                             Dallas, Texas 75202
                             Telephone: 214-741-3022
                             Facsimile: 214-741-3055
                             Email: jep@jeplawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2015, a true and correct copy of the foregoing **NOTICE OF MOTION TO DISMISS OR TRANSFER VENUE TO THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS** was served electronically or placed in the United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Jordan D. Factor<br>ALLEN & VELLONE, P.C.<br>1600 Stout Street, Ste. 1100<br>Denver, CO 80202-3160 | *Via First Class Mail* |
| Bob Fowler<br>Nova Leasing, LLC<br>P.O. Box 917<br>Casper, WY 82602-0917 | *Via First Class Mail* |
| Cyd Hunt<br>910 13th St., Ste. 200<br>Golden, CO 80401-0731 | *Via First Class Mail* |
| M. Gabriel McFarland<br>910 13th St., Ste. 200<br>Golden, CO 80401-0731 | *Via First Class Mail* |
| Christian C. Onsager<br>ONSAGER | GUYERSON |<br>   FLETCHER | JOHNSON LLC<br>1801 Broadway, Ste. 900<br>Denver, CO 80202-3858 | *Via Email: consager@ogfj-law.com* |

| | |
|---|---|
| Steve Stephens<br>c/o Erik S. Nelson<br>P.O. Box 191767<br>Atlanta, GA 31119-1767 | *Via First Class Mail* |
| Sun River Energy, Inc.<br>5646 Milton St., Ste. 130<br>Dallas, Texas 75206 | *Via First Class Mail* |
| Erik S. Nelson<br>P.O. Box 191767<br>Atlanta, GA 31119-1767 | *Via First Class Mail* |
| Torben M. Welch<br>MESSNER REEVES LLP<br>1430 Wynkoop Street, Suite 300<br>Denver, CO 80202 | *Via Email: twelch@messner.com* |
| George D. Giddens<br>THE LAW OFFICE OF<br>   GEORGE "DAVE" GIDDENS, P.C.<br>10400 Academy, Suite 350<br>Albuquerque, NM 87111 | *Via Email: dave@giddenslaw.com* |
| Nickay B. Manning<br>NICKAY B. MANNING, LLC<br>725 Sierra Vista Road<br>Corrales NM 87048 | *Via Email: nbmanningllc@gmail.com* |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Ste. 12-200<br>Denver, CO 80294-1961 | *Via Email: USTPRegion19.DV.ECF@usdoj.gov* |
| Harvey Sender, Esq.<br>Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294 | *Via Email: USTPRegion19.DV.ECF@usdoj.gov* |

                                              *s/ James E. Pennington*
                                              James E. Pennington