# UNITED STATES BANKRUTPCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 03-19960-MER |
| SUN RIVER ENERGY, INC. ) | |
| ) | Involuntary Chapter 7 |
| Debtor ) | |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

     PLEASE TAKE NOTICE that Donal R. Schmidt, Jr, Individually, Sierra Foxtrot, L.P. (a Texas Limited Partnership) and Thimothy S. Wafford (collectively referred to herein as "Creditors"), does appear herein by their counsel, The Law Firm of Donal R. Schmidt, Jr, and requests pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> Donal R. Schmidt, Jr., Esq.
> 5646 Milton St.
> Suite 130
> Dallas, Texas 75206

     PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile, telex, or otherwise: (1) which affect or seek to affect in any way any rights or interests of Donal R. Schmidt, Jr., Individually, Sierra Foxtrot, L.P. and/or Thimothy S. Wafford with respect to (a) the Debtor or (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by Creditors.

Respectfully submitted this 26th day of June, 2015..

                                            Respectfully submitted,

                                            *s/ Donal R. Schmidt, Jr.*

                      Donal R. Schmidt, Jr.
                      THE LAW FIRM OF DONAL R. SCHMIDT, JR.
                      5646 Milton St.
                      Suite 130
                      Dallas, Texas 75206
                      Telephone: 214-236-1363
                      Facsimile: 877-676-8527
                      Email: donschmidtlaw@gmail.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 26th day of June, 2015, a true and correct copy of the foregoing **Notice of Entry of Appear and Request for Notices** was served electronically or placed in the United States mail, postage prepaid, addressed as follows:

Jordan D. Factor          *Via First Class Mail*
ALLEN & VELLONE, P.C.
1600 Stout Street, Ste. 1100
Denver, CO 80202-3160

Bob Fowler           *Via First Class Mail*
Nova Leasing, LLC
P.O. Box 917
Casper, WY 82602-0917

Cyd Hunt           *Via First Class Mail*
910 13th St., Ste. 200
Golden, CO 80401-0731

M. Gabriel McFarland        *Via First Class Mail*
910 13th St., Ste. 200
Golden, CO 80401-0731

Christian C. Onsager         *Via Email: consager@ogfj-law.com*
ONSAGER | GUYERSON |
 FLETCHER | JOHNSON LLC
1801 Broadway, Ste. 900
Denver, CO 80202-3858

Steve Stephens          *Via First Class Mail*
c/o Erik S. Nelson
P.O. Box 191767
Atlanta, GA 31119-1767

Sun River Energy, Inc.         *Via First Class Mail*
5646 Milton St., Ste. 130
Dallas, Texas 75206

James E. Pennington         *Via Email: jep@jeplawyer.com*
LAW OFFICES OF
JAMES E. PENNINGTON
900 Jackson Street, Suite 440
Dallas, Texas 75202

Erik S. Nelson          *Via First Class Mail*
P.O. Box 191767
Atlanta, GA 31119-1767

Torben M. Welch          *Via Email: twelch@messner.com*
MESSNER REEVES LLP
1430 Wynkoop Street, Suite 300

**Notice of Entry of Appear and Request for Notices**
**Page 3**

Denver, CO 80202

George D. Giddens  *Via Email: dave@giddenslaw.com*
THE LAW OFFICE OF
   GEORGE "DAVE" GIDDENS, P.C.
10400 Academy, Suite 350
Albuquerque, NM 87111

Nickay B. Manning  *Via Email: nbmanningllc@gmail.com*
NICKAY B. MANNING, LLC
725 Sierra Vista Road
Corrales NM 87048

US Trustee  *Via Email: USTPRegion19.DV.ECF@usdoj.gov*
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 12-200
Denver, CO 80294-1961

Harvey Sender, Esq.  *Via Email: USTPRegion19.DV.ECF@usdoj.gov*
Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

                                              /*s/Donal R. Schmidt, Jr.*
                                              Donal R. Schmidt, Jr.