Schedule A – Real Property

| Debtor: Sun River Energy, Inc. | | | | |
|---|---|---|---|---|
| **Schedule A – Real Property** | | | | |
| | | | | |
| | | | | |
| **Description and Location of Property** | **Nature of Debtor's Interest - In Property** | **Current Value of Debtor's Interest - in property without Deducting any Secured Claim or Exemption** | **Amount of Secured Claim** | |
| | | | | |
| Lazarine GU 2 (1H), Panola County, Texas | ORRI | unknown | | |
| | | | | |
| | | | | |
| Crawford Gas Unit, Panola County, Texas | Working Interest | unknown | $    2,000,000.00 | * |
| | | | | |
| | | | | |
| Pipeline in Angelina County, Texas, Panola County, Texas | 50.00% Ownership interest | unknown | $    2,000,000.00 | * |

Schedule B - Personal Property

| | Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| | **Debtor: Sun River Energy, Inc.** | | | | |
| | **Schedule B - Personal Property** | | | | |
| | | | | | |
| | | | | | |
| 1 | Cash on Hand | X | | | |
| 2 | Checking, savings, or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives | | Bank of the West - 3 Certificates of Deposit; | | BOW CD # 251103 - $13,950.13; BOW CD #252499 - $13,255.08; BOW CD #252689 - $13,270.36 |
| 3 | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4 | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5 | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6 | Wearing apparel. | X | | | |
| 7 | Furs and jewelry. | X | | | |
| 8 | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9 | Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10 | Annuities.  Itemize and name each issuer. | X | | | |

Schedule B - Personal Property

| | Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 11 | Interests in education IRA as defined in 26 U.S.C. Sec. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. Sec 529 (b)(1).  Give particulars (File separately the records(s) of any such interest(s).  11 U.S.C. Sec. 521(c).) | X | | | |
| 12 | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13 | Stock and interests in incorporate and unincorporated businesses.  Itemize. | | 100% owner of Sun River Operating Inc.; New River Exploration, Inc.; Sun River Energy I, LLC; Sun River ETX GENPAR I LLC; Sun River WTX GENPAR I, LLC; and Sun River NM GENPAR I, LLC.   Maxwell Resources, Inc. - 27,948,723 shares of common stock | | Unknown |
| 14 | Interest in partnerships or joint ventures.  Itemize. | | 99% owner of Sun River ETX I, LP; Sun River WTX I, LP; and Sun River NM I, LP | | Unknown |
| 15 | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16 | Accounts receivable. | X | | | |
| 17 | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18 | Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19 | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Schedule B - Personal Property

| | Type of Property | N o n e | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 20 | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21 | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give Estimated Value. | | Sun River Energy, Inc. v. Harry Neal McMillan, Cicerone Corporate Development, LLC, CE McMillan Family Trust and JH Brech, LLC; Cause No. 3:13-cv-02456-D ; In the United States District Court for the Northern District of Texas.  16b short swing profit – judgment agains McMillan $669,104 and Cicerone $1,015,212 jointly $501,104.32. No finding yet on frandulent transfer to alleged creditor CE McMillan Trust | | $              1,684,000.00 |
| 22 | Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23 | Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24 | Customer lists or other complications containing personally identifiable information (as defined in 11 U.S.C Sec. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25 | Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26 | Boats, motors, and accessories. | X | | | |
| 27 | Aircraft and accessories. | X | | | |

Schedule B - Personal Property

| | Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 28 | Office equipment, furnishings, and supplies. | | Desks, chairs, filing cabinets, computers, copier/fax/printer/scanner machine,  phone system, microwave, toaster, credenzas, printers, and refrigerator located in Dallas and Cleburne Texas. | | $                    19,712.00 |
| 29 | Machinery, fixtures, equipment, and supplies used in business. | | Pipe, tubing, casing, etc. fixed to gas wells in Panola and Houston Texas | | unkown |
| 30 | Inventory. | X | | | |
| 31 | Animals. | X | | | |
| 32 | Crops-growing or harvested. Give particulars. | X | | | |
| 33 | Farming equipment and implements | X | | | |
| 34 | Farm supplies, chemicals, and feed. | X | | | |
| 35 | Other personal property of any kind not already listed. Itemize. | X | | | |

Schedule C - Property Claimed As Exempt

| Debtor: Sun River Energy, Inc. | | | |
|---|---|---|---|
| **Schedule C - Property Claimed As Exempt** | | | |
| | | | |
| | | | |
| None | | | |

Schedule D - Creditors Holding Secured Claims

| Debtor: Sun River Energy, Inc. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Schedule D - Creditors Holding Secured Claims** | | | | | | | | | |
| | | | | | | | | | |
| **Creditor's Name and Mailing Address Including Zip Code, and Account Number** | **C O D E B T O R** | **Husband, Wife, Joint, or Community** | **Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien,** | **Contingent** | **Unliquidated** | **Disputed** | **Amount of Claim Without Deducting Value of Collateral** | **Unsecured Portion, If Any** | |
| Katy Resources ETX, LLC, 717 Texas Avenue, Suite 3100, Houston, Texas 77002 | | | February 7, 2011 - Deed of Trust, Morgage, Security Agreement, Financing Statment adn Assignment of Projudction and Revenues, covering property in Panola, Houston, Cherokee and Angelina Counties, Texas covering Hichen Gas Unit, SGG Gas Unit, Temple Gas Unit, TB Cutler #1 Well, Pipeline in Angelina County and various oil and gas leases in Cherokee, Panola and Houston Counties, Texas, UCC-1 Filing | | | | $ 2,000,000.00 | includes interest thur 07/31/3 at 8% | |
| Sierra Foxtrot, LP, 5646 Milton Street, Suite 130, Dallas, TX 75206 | | | June 4, 2012, Mortgage, Security Agreement, Financing Statement and Assignment of Production and Revenue, Colfax County, Texas | | | X | $ 2,665,270.23 | includes interest 4% thur 7/31/13 | |
| Thimothy S. Wafford, 8400 San Fernando Way, Dallas, Texas 75218 | | | June 4, 2012, Mortgage, Security Agreement, Financing Statement and Assignment of Production and Revenue, Colfax County, Texas | | | X | $ 2,665,270.23 | includes interest 4% thur 7/31/13 | |

Schedule D - Creditors Holding Secured Claims

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| James E. Pennington, 4516 Alta Vista Lane, Dallas, Texas 75229 | | June 4, 2012, Mortgage, Security Agreement, Financing Statement and Assignment of Production and Revenue, Colfax County, Texas | | X | $ 312,801.57 | | includes interest 4% thur 7/31/13 | |
| James E. Ballard & Iva L. Ballard 1720 North Oliver, Newton, Kansas 67114 | | Mortgage, Security Agreement, Financing Statement and Assignment of Production and Revenue, Colfax County, Texas | | | $ 800,000.00 | | | |
| Nova Leasing, LLC, PO Box 917, Casper, WY 82602 | | Mortgage, Security Agreement, Financing Statement and Assignment of Production and Revenue, Colfax County, Texas | | | $ 200,000.00 | | | |
| Sun River Operating, Inc., 5646 Milton Street, Suite 130, Dallas, Texas 75206 | | October 26, 2010, Joint Operating Agreement covering Neal Heirs Gas Unit, Panola County, Texas | | | $ 231,411.29 | | | |
| Sun River Operating, Inc., 5646 Milton Street, Suite 130, Dallas, Texas 75206 | | September 19, 2011, Joint Operating Agreement covering SGG Unit, Houston County, Texas | | | $ 176,988.43 | | | |
| Sun River Operating, Inc., 5646 Milton Street, Suite 130, Dallas, Texas 75206 | | September 19, 2011, Joint Operating Agreement covering Temple Unit, Houston County, Texas | | | $ 157,050.92 | | | |
| Sun River Operating, Inc., 5646 Milton Street, Suite 130, Dallas, Texas 75206 | | September, 19, 2011, Joint Operating Agreement covering TB Cutler Lease, Houston County, Texas | | | $ 383,953.99 | | | |
| Sun River Operating, Inc., 5646 Milton Street, Suite 130, Dallas, Texas 75206 | | September 19, 2011, Joint Operating Agreement covering Hinchen Unit, Panola County, Texas | | | $ 306,960.70 | | | |
| Sun River Operating, Inc., 5646 Milton Street, Suite 130, Dallas, Texas 75206 | | September 19, 2011, Joint Operating Agreement covering Pecan Station Prospect - Stansberry #1 and Lora #1, Tom Green County, Texas | | | $ 47,212.55 | | | |

Schedule D - Creditors Holding Secured Claims

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bass Fishing & Rentals, LLC, c/o Melissa M. Martinez, Keeling Patents & Trademarks LLC, 3310 Katy Freeway, 2nd Floor, Houston, Texas 77007 | | Mechanics and Materialmens Lien Affidavit - Panola County, Texas (Hichen filed 12/19/2011, Neal Heirs filed 10/26/2011) and Houston County (TB Cutler filed 12/01/2011, SGG Unit filed 12/08/2011) | | | X | $ 182,740.80 | | | | |
| | | | | | | | | | | | |
| AWSS Enterprises, LLC | | Mechanics and Materialmens Lien Affidavit - Panola County, Texas (Hichen filed 08/20/2012, Neal Heirs filed 08/20/2012) | | | X | $ 103,010.42 | | | | |
| K-2 Land Services, Inc., 121 S. Broadway, Suite 708, Tyler, Texas 75702 | | Mechanics and Materialmens Lien Affidavit - Panola County, Texas filed 1/23/2012 | | | X | $ 15,290.92 | | | | |
| | | | | | | | | | | | |
| Stokes & Spiehler Onshore Inc. | | Mechanics and Materialmens Lien Affidavit - Panola County, Texas (Hichen filed 12/16/2011) | | | X | $ 74,867.00 | | | | |
| David Boone Oilfied Consulting Inc. | | Mechanics and Materialmens Lien Affidavit - Panola County, Texas filed 11/14/2011 | | | X | $ 30,300.00 | | | | |
| Chad Powell & Texas Flood LLP | | Mechanics and Materialmens Lien Affidavit - Panola County, Texas filed 10/28/2011 | | | X | $ 8,034.50 | | | | |
| | | | | | | | | | | | |
| Key Energy Services LLC | | Mechanics and Materialmens Lien Affidavit - Houston County, Texas (Temple filed 3/28/2012, SGG filed 3/16/2012) | | | X | $ 26,728.58 | | | | |
| | | | | | | | | | | | |
| Nova Leasing, LLC, c/o Tobin D. Kern, Sherman & Howard L.L.C., 633 17th Street, Suite 3000, Denver, CO 80202 | | Mortgage, Security Agreement, Financing Statement and Assignment of Production and Revenue, Colfax County, Texas | | | | $ 200,000.00 | | | | |

Schedule E - Creditors Holding Unsecured Priority Claims

| Debtor: Sun River Energy, Inc. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Schedule E - Creditors Holding Unsecured Priority Claims** | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | **Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.** | | | | | | | | |
| | | | | | | | | | |
| | **TYPES OF PRIORITY CLAIMS (check the appropriate box(es) below if claims in that category are listed on the attached sheets.)** | | | | | | | | |
| | | | | | | | | | |
| | Domestic support obligations | | | | | | | | |
| | | | | | | | | | |
| | Extensions of credit in an involuntary case | | | | | | | | |
| | | | | | | | | | |
| X | Wages, salaries, and commissions | | | | | | | | |
| | | | | | | | | | |
| | Contributions to employee benefit plans | | | | | | | | |
| | | | | | | | | | |
| | Certain farms and fisherman | | | | | | | | |
| | | | | | | | | | |
| | Deposits by individuals | | | | | | | | |
| | | | | | | | | | |
| X | Taxes and cert other debts owed to government units | | | | | | | | |
| | | | | | | | | | |
| | Commitments to maintain the capital in an insured depository institution | | | | | | | | |
| | | | | | | | | | |
| | Claims for death or personal injury while detbor was intoxicated | | | | | | | | |
| Dallas County | | | | | | $ | 8,539.96 | Ad Valorem Taxes | |
| Montgomery County | | | | | | $ | 58.06 | Ad Valorem Taxes | |
| Texas Workforce Commission | | | | | | $ | 304,925.23 | Wage Claims & Fines | |
| Texas Workforce Commission  Tax Departme | 1/31/13 - 7/31/13 | | | | | $ | 1,899.70 | | |
| Internal Revenue Service | | | | | | $ | 180,522.79 | Payroll Taxes | |
| Houston County | | | | | | $ | 7,422.02 | Ad Valorem Taxes | |
| Colorado Payroll Taxes | | | | | | $ | 1,300.00 | Payroll Taxes | |

Schedule E - Creditors Holding Unsecured Priority Claims

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | CODEBTOR | Husband, Wife, Joint, or Community | Date claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Salary | Nature of Claim | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Denis Schmidt, 508 Prairie Street, Cleburne, Texas 76033 | | | 12/31/2011 - 8/31/2013 | | | | $   115,223.10 | Salary | | | |
| Stuart Newsome, 4131 Dunhaven Road, Dallas, TX 75206 | | | 1/31/2012 - 8/31/2013 | | | | $   105,633.43 | Salary | | | |
| Thimothy S. Wafford, 8400 San Fernando Way, Dallas, TX 75218 | | | 11/30/2012-8/31/2013 | | | | $   262,563.00 | Salary | | | |
| Donal R. Schmidt, Jr., 7402 Wentwood Dr., Dallas, TX 75225 | | | 11/30/2012-1/31/2013 | | | | $   79,727.00 | Salary | | | |
| Darren Dunda, 4416 Avebury Dr., Plano, TX 75024 | | | 1/31/2012 -8/31/2013 | | | | $   74,413.00 | Salary | | | |
| Tim Gaston, 102 Fenton, Longview, TX 75604 | | | 1/31/2012 - 3/31/2013 | | | | $   27,773.00 | Salary | | | |
| Judy Masters, 313 Quintana Dr., Garland, TX 75043 | | | 1/31/2012 - 6/30/2013 | | | | $   70,163.00 | Salary | | | |

Sun River Energy, Inc.

8/10/2015 8:28 PM

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Debtor: Sun River Energy, Inc. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Schedule F - Creditors Holding Unsecured Nonpriority Claims | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Creditor's Name and Mailing Address Including Zip Code, and Account Number | C O D E B T O R | W i f e, H u s b a n d, J o i n t, C o m m u n i t y | C o m m u n i t y | Date claim was incurred and consideration for claim.  If claim is subject to setoff, so state. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|
| JMJ Financial, Justin Keener, jwkbiz@yahoo.com | | | | 3/8/2012 | | | | $        99,582.63 |
| Tonaquint, Inc., 303 E. Wacker Drive, Suite 1200, Chicago IL 60601, Attn: John Fife, President | | | | 6/7/2012 | | | | $       294,925.00 |
| RR Donnelly, 1931 Market Center Blvd., Dallas, Texas 75207 | | | | | | | X | $                 - |
| Robin Blair, Attorney at Law, PO Box 10, Raton, NM 87740-0010 | | | | 12/1/11 /8/20/13 | | | | $         5,573.36 |
| BW Raton LLC, c/o Richard De Stefano, DeStefano Law Firm, P.C., 509 Camino de la Placita, Taos, NM 87571 | x | | | various | | | x | $        25,833.50 |
| Tom Pollman, 12100 Melville Dr., Suite 305, Montgomery, Texas 77356 | | | | | | | x | $        38,869.64 |

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Robert Wilkinson, 13135 Worthington, St., Sugarland, Texas 77478-5162 | | | | | x | $ | 30,430.16 |
| C.E. McMillan Family Trust, 214 Fresh Meadow, Trophy Club, Texas 76262 | | | | | x | $ | 225,000.00 |
| Hunter & Kmiec, James A. Hunter, 150 East 44th Street, No. 9A, New York, NY 10017 | | | x | | | | unknown |
| John Dein, 3800 Fair Hill Rd., Fair Oaks, CA 95628 | | | x | | x | | unknown |
| David K. Henson, 6620 Eagle Drive, Derby, KS 67037 | | | x | | x | | unknown |
| Steven R. Henson, c/o  G. Kevin Buchanan, Buchanan & Bellan LLP, 900 Jackson Street, Ste. 350, Dallas, TX 75202 | | | x | | x | | unknown |
| Colin Richardson, c/o Jeffrey Goldfarb, Goldfarb LLP, Saint Anne Court, 2501 N. Harwood St., Suite 1801, Dallas, TX 75201 | | | x | | x | | unknown |
| Ginger "Gigi" Toupal, 9 Thornhurst, San Antonio, TX 78218-6033 | | | x | | x | | unknown |
| Erik S. Nelson, c/o M. Garbriel McFarland, Evans & McFarland, LLC 910 13th St., Suite 200, Golden, CO 80401 | | | x | | x | | unknown |

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Erik S. Nelson, c/o M. Garbriel McFarland, Evans & McFarland, LLC 910 13th St., Suite 200, Golden, CO 80401 | | | 1/17/2013 - Ordered by Court to pay Nelson's attorneys' fees | | | | $ 1,143.50 |
| Steve Stephens, c/o M. Garbriel McFarland, Evans & McFarland, LLC 910 13th St., Suite 200, Golden, CO 80401 | | | | x | | x | unknown |
| Coral Capital Partners, Inc., c/o M. Garbriel McFarland, Evans & McFarland, LLC 910 13th St., Suite 200, Golden, CO 80401 | | | | x | | x | unknown |
| UV Logistics, LLC, c/o Craig J. Luffy,  Philip D. Collins & Associates, P.C., 7557 Rambler Road, Suite 930, Dallas, Texas 75231 | | | 10/11/2012 | | | | $ 6,728.40 |
| Tom Schaefer, 13137 Autumn Ash, Conroe, Texas 77302 | | | 9/13/2012 | | | | $ 244,374.03 |
| Jay Leaver, 1570 South Forest Street, Denver, Colorado 80222 | | | 9/10/2012 | | | | $ 240,789.63 |
| Stuart J. Newsome, 4131 Dunhaven Road, Dallas, Texas 75220 | | | Various, Expense Reimbursement | | | | $ 2,332.32 |
| Mark Fox, c/o Michael S. Mills, Fletcher, Farley, Shipman & Salinas, LLP, 8750 N. Central Expressway, 16th Floor, Dallas, Texas 75231 | | | Settlement Agreement | | | | $ 8,120.00 |

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Schneider Distributing Co., Inc., c/o Paul D. Stipanovic, Gossett, Harrison, Millican & Stipanovic, PO Drawer 911, San Angelo, TX 76902-0911 | | Settlement Agreement | x | | | $ | 8,100.00 |
| BPC Corp., c/o Henry J. Ackels, Ackels & Ackels, LP, 3030 LBJ Freeway, Suite 1550, Dallas, Texas 75234 | x | Various | x | x | x | $ | 654,456.00 |
| James E. Pennington, Founders Square, 900 Jackson Street, Suite 440, Dallas, TX 75202 | | 5/31/2012-8/31/2012 | | | | $ | 23,263.75 |
| Affordable Self Storage 1502 N. Nolan River Rd Cleburne, TX 76033 | | 7/1/13 & 8/1/13 | | | | $ | 263.00 |
| A T & T PO Box 6463 Carol Stream, IL 60197-6463 | | 11/6/12 - 6/2/13 | | | | $ | 4,680.14 |
| A T & T PO Box 105414 Atlanta, GA 30348-5414 | | 5/3/2013 | | | | $ | 47.84 |
| Black Seed Enterprise 244 5th Avenue, Ste. T263 New York, NY 10001 | | 12/1/11 - 3/3/12 | | | | $ | 2,177.50 |
| Broad and Cassel Attorneys at Law 2 S Biscayne Blvd 1 Biscayne Twr-21st Fl Miami, FL 33131 | | 1/19/11 - 9/22/11 | | | x | | $38,148.43 |
| Brammer Engineering, Inc. 400 Texas Street, Ste. 600 Shreveport, LA 71101 | | 6/30/13 - 7/30/13 | | | | $ | 137.44 |
| Broadridge ICS PO Box 416423 Boston, MA 2241-6423 | | 3/21/12 - 12/6/12 | | | | | $1,662.22 |

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Carpenter Reporting, Inc. 12510 East Iliff Avenue Aurora, CO 80014 | | 1/13/2012 | | | | | $ | 488.00 |
| Cawley Gillespie & Assoc Inc. 306 W. Seventh St., Ste. 302 Ft Worth, TX 76102-4967 | | 9/25/2011 | | | | | $ | 15,449.07 |
| Cicerone Corporate Development LLC 1224 N. Hwy 377 Ste. 303, PMB 56Roanoke, TX 76262 | | 9/28/11 - 9/30/11 | | | x | | $ | 10,079.16 |
| Daniel M. Cofall 2213 High Point Drive Corinth, TX 76210 | | 4/25/12 - 8/25/12 | | | | | $ | 42,500.00 |
| Concord Communications 1614 S Broadway, Ste. 110 Carrollton, TX 75006 | | 7/14/11 -9/27/11 | | | | | $ | 517.92 |
| CPR Operations, LP PO Box 690022 Houston, TX 77269 | | 1/30/2013 | | | | | $ | 152,583.53 |
| Condit Csajaghy LLC 695 South Colorado Blvd. Suite 270 Denver, CO 80246 | | 9/30/11 - 7/31/13 | | | | | $ | 59,083.68 |
| Denitech PO Box 844173 Dallas, TX 75284-4173 | | 6/24/12 - 10/26/12 | | | | | $ | 3,109.74 |
| Denis L. Schmidt 508 Prairie Cleburne, TX 76033 | | 1/2/13 - 3/20/13 | | | | | $ | 3,494.00 |
| Dallas Petroleum Club 2200 Ross Ave., Ste. 4150E Dallas, TX 75201-2799 | | 12/31/12 - 6/30/13 | | | x | | $ | 842.19 |
| Donal R. Schmidt, Jr., 5646 Milton Street, Suite 130, Dallas, Texas 75206 | | 11/27/12 -3/2/13 | | | | | $ | 177,267.75 |

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Echo Geophysical Corporation 990 South Broadway, Suite 220 Denver, CO 80209 | | 7/25/2011 | | | | $ | 6,795.05 |
| Fedex PO Box 660481 Dallas, TX 75266-0481 | | 11/9/12 - 5/11/13 | | | | $ | 961.65 |
| Tradestar Group 215 East 68th Apt 9Y New York, NY 10065 | | 4/25/12 - 8/25/12 | | | x | $ | 39,500.00 |
| Fish & Richardson PC 5000 Bank One Center 1717 Main St.Dallas, TX 75201 | | 6/3/12 - 9/8/12 | | | | $ | 32,933.00 |
| Fusion Labs Two Lincoln Centre 5420 LBJ Freeway, Ste. 800 Dallas, TX 75240 | | 8/10/11 - 9/8/11 | | | | $ | 879.00 |
| Donal R. Schmidt, Jr. Gardere Wynne Attys 5646 Milton St., Suite 130 Dallas, TX 75206 | | 10/31/12 - 7/19/13 | | | | $ | 203,547.50 |
| Gateway Cabling 402 Peach St. Abilene, TX 79602 | | 7/15/2012 | | | | $ | 3,139.25 |
| Geomap Company P O Box 671077 Dallas, TX 75267-1077 | | 12/2/2011 | | | | $ | 329.26 |
| Mark Hall Lincoln Center II 5420 LBJ Frwy., Ste. 850 Dallas, TX 75240 | | 4/25/12 - 8/25/12 | | | | $ | 36,000.00 |
| Hinkle, Hensley Shanor & Martin LLP PO Box 10 Roswell, NM 88202 | | 9/6/12 -12/31/12 | | | | $ | 2,891.88 |

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| | | | | | | |
|---|---|---|---|---|---|---|
| Haynes and Boone LLP<br>Attorneys and Counselors<br>2505 North Plano Road, Ste. 4000<br>Richardson, TX 75082-4101 | | 11/11/2012 | | | $ | 878.08 |
| Ice Systems Inc.<br>dba/ Proxy Trust<br>100 Patco Court, Ste. 9<br>Islandia, NY 11749-1522 | | 10/15/11 -11/24/12 | | | $ | 275.35 |
| InveShare, Inc<br>PO Box 191308<br>Atlanta, GA 31119-1308 | | 1022/11 - 10/28/12 | | | $ | 67.82 |
| IPFS Corporation<br>PO Box 730223<br>Dallas, TX 73023-0223 | | 11/21/12 - 4/20/13 | | | $ | 15,500.13 |
| Woodlands Metro Center MUD<br>Jeannie Manning, RTA<br>PO Box 7829<br>The Woodlands, TX 77387-7829 | | 1/31/12 -4/10/13 | | | $ | 10.04 |
| Law Offices of James E. Pennington PC<br>4516 Alto Vista Ln<br>Dallas, TX 75229 | | 12/19/12 -8/16/13 | | | $ | 95,407.92 |
| K-2 Land Services Inc<br>121 S. Broadway, Ste. 706<br>Tyler, TX 75702 | | 1/30/2013 | | | $ | 15,290.92 |
| Kelly Hart & Hallman LLP<br>201 Main St., Ste. 2500<br>Ft  Worth, TX 76102 | | 9/12/12 - 3/20/13 | | | $ | 124,830.09 |
| LBB & Associates Ltd, LLP<br>10260 Westheimer Road, Suite 310<br>Houston, TX 77042 | | 7/29/11 -4/14/13 | | x | $ | 44,154.31 |

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Leaverite Exploration Inc.<br>1570 South Forest Street<br>Denver, CO 80222 | | 4/14/2013 | | | | $ | 1,313.32 |
| LexisNexis<br>P O Box 7247-7090<br>Philadelphia, PA 19170-7090 | | 6/30/11 - 11/30/11 | | | | $ | 263.95 |
| Lightfoot Guest Moore & Co.,<br>PC<br>1501 LBJ Freeway Ste.500<br>Dallas, TX 75234 | | 9/30/12 - 8/18/13 | | | | $ | 10,199.58 |
| Mediant Communications<br>LLC<br>PO Box 29973<br>New York, NY 10087-9976 | | 9/20/11 - 10/18/12 | | | | $ | 202.51 |
| M&M Securities Services Inc.<br>PO Box 260168<br>Plano, TX 75026-0168 | | 12/26/2011 | | | | $ | 269.49 |
| Monty Montgomery<br>5646 Milton Street, Suite 130<br>Dallas, TX 75206 | | 9/30/10 -5/31/12 | | | | $ | 21,057.00 |
| National Registered Agents,<br>Inc<br>PO Box 927<br>West Windsor, NJ 8550-0927 | | 6/15/11 - 7/1/13 | | | | $ | 7,681.44 |
| Ozarka Direct<br>a Division of Nestle Waters<br>N.A.<br>PO Box 856680<br>Louisville, KY 40285-6680 | | 10/4/12 -2/4/13 | | | | $ | 133.81 |
| Pecan Station I LP<br>5646 Milton Street, Suite 130<br>Dallas, TX 75206 | | 12/12/12 -4/9/13 | | | | $ | 43,501.80 |

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| | | | | | | |
|---|---|---|---|---|---|---|
| Petroleum Listing Service<br>PO Box 4987<br>Houston, TX 77210-4987 | | 6/1/2011 | | | $ | 1,888.96 |
| PR Newswire Association,<br>LLC<br>GPO Box 5897<br>New York, NY 10087-5897 | | 1/9/12 -9/19/12 | | | $ | 28,715.00 |
| QuoteMedia<br>Dynamic Market Data<br>Solutions<br>17100 E. Shea Blvd., Ste. 230<br>Fountain Hills, AZ 85268 | | 12/1/11 -4/1/13 | | | $ | 900.00 |
| Regus Management Group,<br>LLC<br>PO Box 842456<br>Dallas, TX 75284-2456 | | 11/15/2012 | | | $ | 42.34 |
| Thomson Reuters (Markets)<br>LLC<br>3 Timexs Square<br>New York, NY 10036 | | 2/28/12 - 11/26/12 | | | $ | 2.87 |
| Judson F. "Rick" Hoover<br>104 Thistle Ct.<br>Highland Village, TX 75077 | | 8/1/12 - 10/31/12 | | | $ | 240,000.00 |
| Rothgerber Johnson & Lyons<br>LLP<br>One Tabor Ctr, #3000<br>1200 17th Street<br>Denver, CO 80202-5855 | | 5/20/2011 | | | $ | 3,501.19 |
| R L Telecommunications Inc<br>2730 N Stemmons Freeway,<br>Ste.105<br>Dallas, TX 75207 | | 6/4/2012 | | | $ | 806.46 |
| Schaefer Oilfield Services<br>13137 Autumn Ash<br>Conroe, TX 77302 | | 1/1/2012 | | | $ | 60.00 |

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| | | | | | | |
|---|---|---|---|---|---|---|
| Securities Transfer Corporation 2591 Dallas Parkway, Ste. 102 Frisco, TX 75034 | | 9/25/2012 - 8/15/13 | | x | $ | 1,939.97 |
| Sessions, Fishman, Nathan & Israel, LLP Attorneys and Counsellors at Law PO Box 30807 New Orleans, LA 70190-0807 | | 12/12/11 - 6/12/13 | | | $ | 420,467.33 |
| Sierra Foxtrot, LP 5646 Milton St., # 130 Dallas, TX 75206 | | 12/30/12 -4/26/13 | | | $ | 174,274.51 |
| Special Delivery Service Inc. 5470 LBJ Freeway Dallas, TX 75240 | | 9/10/11 - 10/15/11 | | | $ | 915.26 |
| Sun River Energy East Texas 5646 Milton St., # 130 Dallas, TX 75206 | | 11/30/2012 | | | $ | 6,766.55 |
| Gilbert Steedley 530 Farmers Market Way Dallas, TX 75201 | | 9/7/12 - 12/31/12 | | | $ | 279,000.00 |
| S & W  Aircraft Leasing LLC 5646 Milton St., # 130 Dallas, TX 75206 | | 7/31/12 - 2/11/13 | | | $ | 30,292.02 |
| Time Warner Cable PO Box 650063 Dallas, TX 75265-0063 | | 2/6/13 - 5/16/13 | | | $ | 632.66 |
| Title Services Inc. PO Box 696 Raton, NM 87740 | | 10/1/11 -  7/2/12 | | | $ | 9,743.90 |

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Thomasson Partner Associates, Inc.<br>1410 High Street<br>Denver, CO 80218 | | | 2/23/2011 | | | x | $ 1,500.00 |
| Tim Wafford<br>5646 Milton St., # 130<br>Dallas, TX 75206 | | | 11/3/12 - 6/30/13 | | | | $ 52,873.83 |
| Vintage Filings<br>A Division of PR Newswire<br>350 Hudson Street,  Suite 300<br>New York, NY 10014 | | | 12/1/2011 | | | | $ 2,321.56 |
| Stephen Weathers<br>1926 S Xenon St<br>Lakewood, CO 80228-4352 | | | 4/25/12 - 8/25/12 | | | | $ 38,737.96 |
| Thomson West Payment Center<br>PO Box 6292<br>Carol Stream, IL 60197-6292 | | | 7/1/11 -8/1/13 | | | | $ 8,872.36 |
| Sharon K Fowler<br>Unknown Address | | | 4/30/2010 | | | | $ 9,144.76 |
| Donal R Schmidt Jr<br>5646 Milton St., # 130<br>Dallas, TX 75206 | | | 9/1/2010 | | | | $ 14,169.63 |
| Tim Wafford<br>5646 Milton St., # 130<br>Dallas, TX 75206 | | | 9/1/2010 | | | | $ 14,169.63 |
| Sun River Operating, Inc.<br>5646 Milton St., # 130<br>Dallas, TX 75206 | x | | 11/30/2010 -<br>3/18/2013 | | | | $ 121,915.38 |

Schedule G: Executory Contracts and Unexpired Leases

| Debtor: Sun River Energy, Inc. | | |
|---|---|---|
| Schedule G: Executory Contracts and Unexpired Leases | | |
| | | |
| | | |
| Name and Mailing Address, Including Zip Code of Other Parties to Lease or Contract | | Description of Contract or Lease and Nature of Debtor's Interest.  State whether the lease is for nonresidential real property.  State contract number of any government contract. |
| | | |
| | | |
| Mark Fox, c/o Michael S. Mills, Fletcher, Farley, Shipman & Salinas, LLP, 8750 N. Central Expressway, 16th Floor, Dallas, Texas 75231 | | Settlement Agreement |
| Schneider Distributing Co., Inc., c/o Paul D. Stipanovic, Gossett, Harrison, Millican & Stipanovic, PO Drawer 911, San Angelo, TX 76902-0911 | | Settlement Agreement |
| James E. Ballard & Iva L. Ballard 1720 North Oliver, Newton, Kansas 67114 | | Settlement Agreement |

Schedule H: Codebtors

| Debtor: Sun River Energy, Inc. | | | | | |
|---|---|---|---|---|---|
| Schedule H: Codebtors | | | | | |
| | | | | | |
| NAME AND ADDRESS OF CODEBTOR | | | | | NAME AND ADDRESS OF CREDITOR |
| Sun River Energy I, LLC, 5646 Milton Street, Suite 130m Dallas, TX 75206 | | | | | BPC Corp., c/o Henry J. Ackels, Ackels & Ackels, LP, 3030 LBJ Freeway, Suite 1550, Dallas, Texas 75234 |
| Sun River Operating, Inc., 5646 Milton Street, Suite 130, Dallas, TX 75206 | | | | | BW Raton LLC, c/o Richard De Stefano, DeStefano Law Firm, P.C., 509 Camino de la Placita, Taos, NM 87571 |
| Sun River Operating, Inc., 5646 Milton Street, Suite 130, Dallas, TX 75206 | | | | | UV Logistics, LLC, c/o Craig J. Luffy,  Philip D. Collins & Associates, P.C., 7557 Rambler Road, Suite 930, Dallas, Texas 75231 |