## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Number | Creditor's Name and Mailing Address Including Zip Code, and Account Number | Name, telephone number and complete mailing address of employee, agent, or department who may be familiar with claim | Nature of claim | Date claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim (if secured also state value of security) | Securied Amount if any |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Sessions, Fishman, Nathan & Israel, LLP<br>Attorneys and Counsellors at Law<br>PO Box 30807<br>New Orleans, LA 70190-0807 | | Invoices | 12/12/11 - 6/12/13 | | | | $ 420,467.33 | |
| 2 | Tonaquint, Inc.<br>303 E. Wacker Drive, Suite 1200<br>Chicago IL 60601<br>Attn: John Fife, President | | Judgement | 6/7/2012 | | | | $ 294,925.00 | |
| 3 | Gilbert Steedley<br>530 Farmers Market Way<br>Dallas, TX 75201 | | Invoices | 9/7/12 - 12/31/12 | | | | $ 279,000.00 | |
| 4 | Tom Schaefer<br>13137 Autumn Ash<br>Conroe, TX 77302 | | Note | 9/13/2012 | | | | $ 244,374.03 | |
| 5 | Jay Leaver<br>1570 South Forest Street<br>Denver, Colorado 80222 | | Note | 9/10/2012 | | | | $ 240,789.63 | |
| 6 | Judson F. "Rick" Hoover<br>104 Thistle Ct.<br>Highland Village, TX 75077 | | Invoices | 8/1/12 - 10/31/12 | | | | $ 240,000.00 | |
| 7 | C.E. McMillan Family Trust<br>214 Fresh Meadow<br>Trophy Club, TX 76262 | | Note | | | | x | $ 225,000.00 | |
| 8 | Donal R. Schmidt, Jr.<br>Gardere Wynne Attys<br>5646 Milton St., Suite 130<br>Dallas, TX 75206 | | Invoices | 10/31/12 - 7/19/13 | | | | $ 203,547.50 | |
| 9 | Donal R. Schmidt, Jr.<br>5646 Milton Street, Suite 130<br>Dallas, Texas 75206 | | Invoices | 11/27/12 -3/2/13 | | | | $ 177,267.75 | |
| 10 | Sierra Foxtrot, LP<br>5646 Milton St., # 130<br>Dallas, TX 75206 | | Invoices | 12/30/12 -4/26/13 | | | | $ 174,274.51 | $ 2,665,270.23 |
| 11 | CPR Operations, LP<br>PO Box 690022<br>Houston, TX 77269 | | Invoices | 1/30/2013 | | | | $ 152,583.53 | |
| 12 | Kelly Hart & Hallman LLP<br>201 Main St., Ste. 2500<br>Ft Worth, TX 76102 | | Invoices | 9/12/12 - 3/20/13 | | | | $ 124,830.09 | |
| 13 | Sun River Operating, Inc.<br>5646 Milton St., # 130<br>Dallas, TX 75206 | | JIB | 11/30/2010 - 3/18/2013 | | | | $ 121,915.38 | |
| 14 | JMJ Financial, Justin Keener,<br>jwkbiz@yahoo.com | | Note | 3/8/2012 | | | | $ 99,582.63 | |
| 15 | Law Offices of James E. Pennington PC<br>4516 Alto Vista Ln<br>Dallas, TX 75229 | | Invoices | 12/19/12 -8/16/13 | | | | $ 95,407.92 | |
| 16 | Condit Csajaghy LLC<br>695 South Colorado Blvd. Suite 270<br>Denver, CO 80246 | | Invoices | 9/30/11 - 7/31/13 | | | | $ 59,083.68 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 17 | BPC Corp., c/o Henry J. Ackels, Ackels & Ackels, LP 3030 LBJ Freeway, Suite 1550 Dallas, TX 75234 | | Rent | Various | x | x | x | $ 654,456.00 | |
| 18 | Tim Wafford 5646 Milton St., # 130 Dallas, TX 75206 | | Invoices | 11/3/12 - 6/30/13 | | | | $ 52,873.83 | $ 2,665,270.23 |
| 19 | LBB & Associates Ltd, LLP 10260 Westheimer Road, Suite 310 Houston, TX 77042 | | Invoices | 7/29/11 -4/14/13 | | | x | $ 44,154.31 | |
| 20 | Pecan Station I LP 5646 Milton Street, Suite 130 Dallas, TX 75206 | | Rent | 12/12/12 -4/9/13 | | | | $ 43,501.80 | |