This list may not be recent.  Debtor does not have access to codes to allow access to transfer

| | | |
|---|---|---|
| 1274 | 081090, LLC | 7,610,408 |
| | 16301 QUORUM DRIVE, #250B | |
| | ADDISON, TX 75001 | |
| 1269 | FIDELITY CLEARING CANADA ULC ITF | 2,500 |
| | 562633 ONTARIO LIMITED | |
| | 483 BAY ST., STE 200 | |
| | TORONTO, ON | |
| | M5G 2N7 CANADA, | |
| 1196 | CHARLES ABBOTT | 500 |
| | 16806 MEMORIAL OAKS LN | |
| | SPRING, TX 77379 | |
| 1003 | ALT. E. RECOVERY METHODS, INC. | 20,000 |
| | 32950 INVERNESS DRIVE | |
| | EVERGREEN, CO 80439 | |
| 1098 | TOM ANDERSON | 15,000 |
| | 1350 CENTRAL AVE 3RD FLOOR | |
| | LOS ALAMOS, NM 87544 | |
| 1259 | FIDELITY CLEARING CANADA ULC ITF | 1,000 |
| | AQUAPELLAR INC | |
| | 483 BAY ST., STE 200 | |
| | TORONTO, ON | |
| | M5G 2N7 CANADA, | |
| 1124 | LOUIS J. ATTANASI | 2,500 |
| | 2038 LAUREL SPRINGS LANE | |
| | MT. PLEASANT, SC 29466 | |
| 1235 | LOUIS J. ATTANASI JR. | 10,000 |
| | 2038 LAUREL SPRINGS LANE | |
| | MOUNT PLEASANT, SC 29466 | |
| 1034 | JARROLD R. BACHMANN | 56,891 |
| | 32950 INVERNESS DR. | |
| | EVERGREEN, CO 80439 | |
| 1042 | JOSHUA P. BACHMANN | 500 |
| | 32950 INVERNESS DR. | |
| | EVERGREEN, CO 80439 | |
| 1041 | JODIE BALL | 3,050 |
| | 7609 RALSTON ROAD | |
| | ARVADA, CO 80002 | |
| 1125 | JIMMY E. BALLARD & | 135,922 |
| | IVA L. BALLARD | |
| | JT TEN | |
| | 2125 HARBORLIGHT CT. | |
| | WICHITA, KS 67204 | |
| 1176 | BANK GUTENBERG AG | 625 |
| | ATTN: M. WAESPI & M. BERCHTOLD | |
| | GUTENBERGSTRASSE 10 | |

| | | |
|---|---|---:|
| | ZURICH | |
| | CH 8002, | |
| 1212 | WILLIAM W. BARTLETT JR. | 1,667 |
| | 506 RAMBLEWOOD | |
| | HOUSTON, TX 77079 | |
| 1246 | FIDELITY CLEARING CANADA ULC ITF | 1,250 |
| | DAVID BERCOVITCH | |
| | 483 BAY ST., STE 200 | |
| | TORONTO, ON | |
| | M5G 2N7 CANADA, | |
| 1012 | CINDY BERGERS | 50 |
| | 7609 RALSTON ROAD | |
| | ARVADA, CO 80002 | |
| 1252 | FIDELITY CLEARING CANADA ULC ITF | 1,000 |
| | STANLEY BLOCH | |
| | 483 BAY ST., STE 200 | |
| | TORONTO, ON | |
| | M5G 2N7 CANADA, | |
| 1195 | TRAVIS BRIGNON | 500 |
| | 308 PALMETTO | |
| | ROCKPORT, TX 78382 | |
| 1200 | BROMPTON GROUP NA, LLC | 5,000 |
| | ATTN: TREVOR D. LING | |
| | 109 N. POST OAK LN. | |
| | SUITE 430 | |
| | HOUSTON, TX 77024 | |
| 1253 | FIDELITY CLEARING CANADA ULC ITF | 1,000 |
| | RANDAL BROWN | |
| | 483 BAY ST., STE 200 | |
| | TORONTO, ON | |
| | M5G 2N7 CANADA, | |
| 1256 | FIDELITY CLEARING CANADA ULC ITF | 1,000 |
| | EMANUELLA BROWN | |
| | 483 BAY ST., STE 200 | |
| | TORONTO, ON | |
| | M5G 2N7 CANADA, | |
| 1266 | FIDELITY CLEARING CANADA ULC ITF | 2,000 |
| | CHARLES BURROWS | |
| | 483 BAY ST., STE 200 | |
| | TORONTO, ON | |
| | M5G 2N7 CANADA, | |
| 1008 | CEDE & CO. | 7,863,602 |
| | P.O. BOX 222 | |
| | BOWLING GREEN STATION | |
| | NEW YORK, NY 10274 | |
| 1262 | FIDELITY CLEARING CANADA ULC ITF | 1,000 |
| | CEMCORP LTD | |

| | | |
|---|---|---:|
| | 483 BAY ST., STE 200 | |
| | TORONTO, ON | |
| | M5G 2N7 CANADA, | |
| 1264 | FIDELITY CLEARING CANADA ULC ITF | 2,500 |
| | ALLEN CHU DENTISTRY PROFESSIONAL | |
| | 483 BAY ST., STE 200 | |
| | TORONTO, ON | |
| | M5G 2N7 CANADA, | |
| 1011 | CICERONE CORPORATE DEVELOPMENT, LLC | 123,613 |
| | 1224 NORTH HIGHWAY #377 | |
| | SUITE 303, PMB 56 | |
| | ROANOKE, TX 76262 | |
| 1205 | DAN COFALL | 25,003 |
| | 2213 HIGH POINT DRIVE | |
| | CORINTH, TX 76210 | |
| 1104 | VINCENT D'ANTONIO | 784 |
| | 7661 NW 10TH ST | |
| | PLANTATION, FL 33322 | |
| 1251 | FIDELITY CLEARING CANADA ULC ITF | 1,250 |
| | MIRIAM DAVID | |
| | 483 BAY ST., STE 200 | |
| | TORONTO, ON | |
| | M5G 2N7 CANADA, | |
| 1031 | HUGH DAVIDSON | 2,400 |
| | 14070 MCKENDREE | |
| | PACIFIC PALISADE, CA 90272 | |
| 1100 | VIRGINIA DAVIDSON | 1,600 |
| | PACIFIC PALISADE, CA 90272 | |
| 1250 | FIDELITY CLEARING CANADA ULC ITF | 1,250 |
| | MIKE DAVIS | |
| | 483 BAY ST., STE 200 | |
| | TORONTO, ON | |
| | M5G 2N7 CANADA, | |
| 1219 | JOHN R. DEIN | 2,800 |
| | 3800 FAIR HILL ROAD | |
| | FAIR OAKS, CA 95628 | |
| 1180 | DOUGLAS SHAW TRUSTEE | 1,833 |
| | DMS TRUST | |
| | DTD 03-25-2009 | |
| | 109 N POST OAK LN | |
| | HOUSTON, TX 77024 | |
| 1075 | ROBERT A. DOAK JR. | 268,439 |
| | 1207 ALTA STREET | |
| | TRINIDAD, CO 81082 | |
| 1051 | LILY DUNCAN | 1,000 |
| | , | |
| 1242 | DARREN DUNDA | 2,500 |

| | | |
|---|---|---:|
| | 4416 AVEBURY DRIVE | |
| | PLANO, TX 75024 | |
| 1026 | ENERGY WEST CORPORATION | 2,500 |
| | , | |
| 1190 | EQUITY HIGHRISE, INC. | 1,667 |
| | 5348 VEGAS DRIVE #761 | |
| | LAS VEGAS, NV 89108 | |
| 1172 | GREGORY J ERIGERO | 15 |
| | 29 NUNES DRIVE | |
| | NOVATO, CA 949451412 | |
| 1268 | FIDELITY CLEARING CANADA ULC ITF | 1,000 |
| | CATHERINE EUSTACE | |
| | 483 BAY ST., STE 200 | |
| | TORONTO, ON | |
| | M5G 2N7 CANADA, | |
| 1214 | ANNE FERGUSON | 1,667 |
| | 9234 BENT ELM CREEK | |
| | SAN ANTONIO, TX 78230 | |
| 1076 | ROBERT B. FIELDS | 33,442 |
| | 215 EAST 68TH STREET 9Y | |
| | NEW YORK, NY 10065 | |
| 1044 | JUDY FLOHR | 2,500 |
| | 7609 RALSTON RD | |
| | ARVADA, CO 80002 | |
| 1102 | W. JACK FORD | 1,000 |
| | 33 HUMBOLDT PARKWAY | |
| | WILLIAMS BAY, WI 53191 | |
| 1222 | MARK FOX | 2,200 |
| | 2629 EL PASO WAY | |
| | MESQUITE, TX 75150 | |
| 1236 | TIM GASTON | 3,000 |
| | 102 FENTON ROAD | |
| | LONGVIEW, TX 75604 | |
| 1192 | GNC HOLDINGS LTD. | 9,501 |
| | 3933 WENTWOOD | |
| | DALLAS, TX 75225 | |
| 1010 | CHUCK GOUGE | 1,000 |
| | 15400 W. 44TH AVE. SUITE 21 | |
| | GOLDEN, CO 80401 | |
| 1043 | JUDITH J. GRAY | 167 |
| | 7083 S. MALTA COURT | |
| | AURORA, CO 80016 | |
| 1228 | MARK HALL | 22,503 |
| | 4014 WEMBLEY TERRACE | |
| | DALLAS, TX 75220 | |
| 1022 | DONALD V. HAYES | 309 |
| | C/F PRESTON ROBERT HAYES | |

|      |                                                |           |
|------|------------------------------------------------|-----------|
|      | 19228 WELLS DR.                                |           |
|      | TARZANA, CA 91356                              |           |
| 1023 | DONALD V. HAYES                                | 308       |
|      | C/F REGAN CHRISTINE HAYES                      |           |
|      | 19228 WELLS DRIVE                              |           |
|      | TARZANA, CA 91356                              |           |
| 1073 | R.J. HEADLEY                                   | 15,202    |
|      | FUNDED IRREVOCABALE TRUST UAD 2-15-07          |           |
|      | 237 W. NIMISILA ROAD                           |           |
|      | AKRON, OH 44319                                |           |
| 1006 | BRENDA S. HEITKEMPER                           | 120       |
|      | C/F AMBER HEITKEMPER                           |           |
|      | 10030 COMANCHE AVE.                            |           |
|      | CHATSWORTH, CA 91311                           |           |
| 1007 | BRENDA S. HEITKEMPER                           | 136       |
|      | C/F CHRIS HEITKEMPER                           |           |
|      | 10030 COMANCHE AVE.                            |           |
|      | CHATSWORTH, CA 91311                           |           |
| 1091 | STEVEN HENSON                                  | 2,500     |
|      | 7002 W. CLEARMEADOW CIRCLE                     |           |
|      | WICHITA, KS 67205                              |           |
| 1258 | FIDELITY CLEARING CANADA ULC ITF               | 1,750     |
|      | HERB VINE FUELS INC                            |           |
|      | 483 BAY ST., STE 200                           |           |
|      | TORONTO, ON                                    |           |
|      | M5G 2N7 CANADA,                                |           |
| 1273 | HERITAGE CREST PROPERTIES, LLC                 | **7,610,408** |
|      | 16301 QUORUM DRIVE #250B                       |           |
|      | ADDISON, TX 75001                              |           |
| 1118 | PAUL F. HICKS &                                | 2,529     |
|      | BEATRIZ HICKS                                  |           |
|      | JT TEN                                         |           |
|      | 1 GROVE ISLE DRIVE #1502                       |           |
|      | COCONUT GROVE, FL 33133                        |           |
| 1257 | FIDELITY CLEARING CANADA ULC ITF               | 7,200     |
|      | HIGHCASTLE INVESTMENTS LTD                     |           |
|      | 483 BAY ST., STE 200                           |           |
|      | TORONTO, ON                                    |           |
|      | M5G 2N7 CANADA,                                |           |
| 1206 | JUDSON F HOOVER &                              | 1,014     |
|      | JOLE A HOOVER                                  |           |
|      | JT WROS                                        |           |
|      | 104 THISTLE CT                                 |           |
|      | HIGHLAND VILLAGE, TX 75077                     |           |
| 1223 | JUDSON F. HOOVER                               | 28,283    |
|      | 104 THISTLE COURT                              |           |
|      | HIGHLAND VILLAGE, TX 75077                     |           |

| ID | Name / Address | Amount |
|---|---|---|
| 1254 | FIDELITY CLEARING CANADA ULC ITF<br>BRIAN HUCKABONE<br>483 BAY ST., STE 200<br>TORONTO, ON<br>M5G 2N7 CANADA, | 1,250 |
| 1135 | INVESTWIDE CAPITAL LLC<br>32 BROADWAY, SUITE 1701<br>NEW YORK, NY 10004 | 10,095 |
| 1024 | DOUGLAS JACOBSEN<br>21800 BURBANK BLVD., STE 330<br>WOODLAND HILLS, CA 91367 | 616 |
| 1132 | JINSUN LLC<br>KEVAN CASEY<br>3 WEST BROAD OAKS DRIVE<br>HOUSTON, TX 77056 | 1,667 |
| 1108 | MICHAEL BRETT JOHNSON<br>1717 MAIN STREET SUITE 5000<br>DALLAS, TX 75201 | 609 |
| 1048 | KRISTI J. KAMPMANN<br>7609 RALSTON RD.<br>ARVADA, CO 80002 | 50 |
| 1046 | KATY RESOURCES ETX, LLC<br>STEVE TORELLO<br>DLA PIPER LLP (USA)<br>1000 LOUISIANA ST, STE 2800<br>HOUSTON, TX 770025005 | 170,871 |
| 1137 | MARC KRASNOW<br>203 HOME FAIR DRIVE<br>FAIRFIELD, CT 06825 | 500 |
| 1060 | NORMAN J. KRAVETZ &<br>GLENDA KRAVETZ<br>JT TEN<br>21800 BURBANK BLVD. STE 330<br>WOODLAND HILLS, CA 91367 | 3,000 |
| 1061 | NORMAN J. KRAVETZ<br>C/F JAMIE KRAVETZ<br>6320 CANOGA AVE., SUITE 200<br>WOODLAND HILLS, CA 91367 | 720 |
| 1062 | NORMAN J. KRAVETZ<br>C/F JONATHAN KRAVETA<br>21800 BURBANK BLVD., STE 330<br>WOODLAND HILLS, CA 91367 | 120 |
| 1063 | NORMAN J. KRAVETZ<br>C/F MATTHEW L. KRAVETZ<br>6320 CANOGA AVE., SUITE 200<br>WOODLAND HILLS, CA 91367 | 720 |
| 1038 | JAY LEAVER | 27,723 |

|  |  |  |
|---|---|---:|
|  | 1410 HIGH STREET |  |
|  | DENVER, CO 80218 |  |
| 1248 | FIDELITY CLEARING CANADA ULC ITF | 750 |
|  | LOUIS LIEFF |  |
|  | 483 BAY ST., STE 200 |  |
|  | TORONTO, ON |  |
|  | M5G 2N7 CANADA, |  |
| 1005 | BETHANY LITTMAN | 2,500 |
|  | 7609 RALSTON ROAD |  |
|  | ARVADA, CO 80002 |  |
| 1009 | CHRISTEN LITTMAN | 3,800 |
|  | 7609 RALSTON RD. |  |
|  | ARVADA, CO 80002 |  |
| 1049 | LAURA LITTMAN | 2,500 |
|  | 7609 RALSTON RD. |  |
|  | ARVADA, CO 80002 |  |
| 1052 | M.A. LITTMAN | 100 |
|  | 7609 RALSTON RD. |  |
|  | ARVADA, CO 80002 |  |
| 1055 | MICHAEL A. LITTMAN | 1,050 |
|  | FOR PATRICIA LITTMAN UGTMA |  |
|  | 7609 RALSTON RD |  |
|  | ARVADA, CO 80002 |  |
| 1056 | MICHAEL A. LITTMAN | 1,000 |
|  | 7609 RALSTON RD. |  |
|  | ARVADA, CO 80002 |  |
| 1213 | CHRISTOPHER LLOYD | 1,667 |
|  | 4408 VERONE STREET |  |
|  | BELLAIRE, TX 77401 |  |
| 1245 | FIDELITY CLEARING CANADA ULC ITF | 1,250 |
|  | DAVID LUCATCH |  |
|  | 483 BAY ST., STE 200 |  |
|  | TORONTO, ON |  |
|  | M5G 2N7 CANADA, |  |
| 1239 | BRANTLEY MANDERSON | 30,000 |
|  | 601 BARSCHALL DRIVE |  |
|  | COLUMBUS, GA 31904 |  |
| 1234 | JUDY MASTERS | 2,500 |
|  | 313 QUINTANA DRIVE |  |
|  | GARLAND, TX 75043 |  |
| 1138 | RAYMOND C. MCNEANY & | 1,000 |
|  | CAROL M. MCNEANY |  |
|  | JT TEN |  |
|  | 4 ORCHARD AVENUE |  |
|  | CATSKILL, NY 12414 |  |
| 1133 | MICRO PIPE FUND I, LLC | 187 |
|  | 301 MISSION AVENUE, SUITE 209 |  |

| | | |
|---|---|---|
| | OCEANSIDE, CA 92054 | |
| 1230 | MIRADOR CONSULTING, LLC | 10,000 |
| | 7300 N. FEDERAL HIGHWAY | |
| | SUITE 207 | |
| | BOCA RATON, FL 33487 | |
| 1240 | MJD MEDIA LLC | 40,000 |
| | 48 WALL STREET, 11TH FLOOR | |
| | NEW YORK, NY 10005 | |
| 1050 | LEIGH MORRIS & | 150 |
| | DIANE MORRIS | |
| | JT TEN | |
| | 21800 BURBANK BLVD., STE 330 | |
| | WOODLAND HILLS, CA 91367 | |
| 1181 | TREVOR LING TRUSTEE | 13,168 |
| | MTL TRUST | |
| | DTD 03-25-2009 | |
| | 190 N POST OAK LN | |
| | HOUSTON, TX 77024 | |
| 1045 | KATHERINE A. MURPHY | 1,200 |
| | 11016 SHEFFIELD STREET | |
| | MIDWEST CITY, OK 73130 | |
| 1027 | ERIK S. NELSON | 2,500 |
| | 2389 ELMWOOD CIRCLE S.E. | |
| | SMYMA, GA 30082 | |
| 1059 | NEW MEXICO ENERGY, LLC | 1,000 |
| | 3 WEST ROAD OAKS DRIVE | |
| | HOUSTON, TX 77056 | |
| 1225 | STUART NEWSOME | 11,752 |
| | 4131 DUNHAVEN ROAD | |
| | DALLAS, TX 75220 | |
| 1217 | JOHN D. NOTTINGHAM JR. | 1,667 |
| | 2929 BUFFALO SPEEDWAY #502 | |
| | HOUSTON, TX 77098 | |
| 1064 | NOVA LEASING, LLC | 120,000 |
| | P.O. BOX 917 | |
| | CASPER, WY 82602 | |
| 1203 | OPUS MAGNUM, TRANCHE D | 16,667 |
| | 109 N POST OAK LN | |
| | ***HOUSTON, TX 77024 | |
| 1202 | OPUS MAGNUM, TRANCHE B | 16,667 |
| | 109 N POST OAK LANE | |
| | ***HOUSTON, TX 77024 | |
| 1204 | OPUS MAGNUM, TRANCHE E | 16,667 |
| | 109 N POST OAK LN | |
| | ***HOUSTON, TX 77024 | |
| 1066 | PECCARY CORP. | 10,000 |
| | 1615 WEST LOOP 289 | |

| | | |
|---|---|---:|
| | LUBBOCK, TX 79416 | |
| 1032 | JAMES E. PENNINGTON | 938 |
| | 4516 ALTA VISTA LANE | |
| | DALLAS, TX 75229 | |
| 1107 | JOSH PINGEL | 32,750 |
| | 2001 HOLLEY PARKWAY #1928 | |
| | ROANOKE, TX 76262 | |
| 1247 | FIDELITY CLEARING CANADA ULC ITF | 1,250 |
| | DOUGLAS PITCHER | |
| | 483 BAY ST., STE 200 | |
| | TORONTO, ON | |
| | M5G 2N7 CANADA, | |
| 1033 | JAMES E. RANEY | 11,901 |
| | 2915 EAST STARR | |
| | NACOGDOCHES, TX 75096 | |
| 1153 | PENSON FINANCIAL SERVICES ITF | 750 |
| | THE REISLER GROUP, INC. | |
| | 330 BAY ST. STE. 711 | |
| | TORONTO ONTARIO | |
| | CANADA, | |
| 1079 | ROBERT R. RODRIGUEZ & | 460 |
| | MARY J. RODRIGUEZ | |
| | JT TEN | |
| | 1735 19TH STREET 6D | |
| | DENVER, CO 80202 | |
| 1078 | RP & P ASSOCIATES, LLC | 3,600 |
| | , | |
| 1081 | SAN REMO INVESTMENTS, LLC | 2,500 |
| | 7609 RALSTON RD. | |
| | ARVADA, CO 80002 | |
| 1224 | THOMAS SCHAEFER | 704 |
| | 13137 AUTUMN ASH DRIVE | |
| | CONROE, TX 77302 | |
| 1020 | DONAL R. SCHMIDT, JR. | 193,752 |
| | 7402 WENTWOOD DRIVE | |
| | DALLAS, TX 75225 | |
| 1197 | DONAL R. & | 500 |
| | MARY FRANCES SCHMIDT | |
| | JTWROS | |
| | 2615 ENCIA DR | |
| | ROCKPORT, TX 78382 | |
| 1226 | DENIS SCHMIDT | 11,752 |
| | 508 PRAIRIE STREET | |
| | CLEBURNE, TX 76033 | |
| 1231 | SCHNEIDER DISTRIBUTING CO., INC. | 1,800 |
| | C/O PAUL STIPANOVICH | |
| | GOSSETT, HARRISON MIILICAN | |

| | | |
|---|---|---|
| | 2 S. KOENIGHEIM ST. | |
| | SAN ANGELO, TX 76903 | |
| 1267 | FIDELITY CLEARING CANADA ULC ITF | 1,500 |
| | ANDRE SCHUH | |
| | 483 BAY ST., STE 200 | |
| | TORONTO, ON | |
| | M5G 2N7 CANADA, | |
| 1109 | H. LEIGH SEVERANCE | 5,048 |
| | 14282 E CALEY AVE | |
| | AURORA, CO 80016 | |
| 1110 | H LEIGH SEVERANCE TTEE | 5,048 |
| | H LEIGH SEVERANCE INC PENSION PLAN & TR | |
| | 1/26/1977 | |
| | 14282 E CALEY AVE | |
| | AURORA, CO 80016 | |
| 1111 | H LEIGH SEVERANCE TTEE | 5,048 |
| | H LEIGH SEVERANCE INC PROFIT SHARING | |
| | PLAN & TR 1/26/77 | |
| | 14282 E CALEY AVE | |
| | AURORA, CO 80016 | |
| 1218 | DOUGLAS B. SHAW TTEE | 1,667 |
| | PATRICIA A. SHAW FAMILY TRUST | |
| | DTD 6/7/93 | |
| | 510 LONGWOODS LANE | |
| | HOUSTON, TX 77024 | |
| 1174 | SHERBROOKE PARTNERS, LLC | 50 |
| | ATTN: JASON T. ALDEMAN | |
| | 590 MADISON AVE | |
| | 5TH FLOOR | |
| | NEW YORK, NY 10022 | |
| 1175 | ALEXANDER SHOGHI | 134 |
| | FLAT 11A, 12 KOTEWALL RD | |
| | MID LEVELS | |
| | HONG KONG, | |
| 1082 | SIERRA FOXTROT, L.P. | 113,900 |
| | 7402 WENTWOOD DRIVE | |
| | DALLAS, TX 75225 | |
| 1028 | ERWIN SINGLE | 1,000 |
| | 1410 ILIGH STREET | |
| | DENVER, CO 80218 | |
| 1265 | FIDELITY CLEARING CANADA ULC ITF | 4,000 |
| | JOANNE SLEEMAN | |
| | 483 BAY ST., STE 200 | |
| | TORONTO, ON | |
| | M5G 2N7 CANADA, | |
| 1123 | ALVA TERRY STAPLES | 25 |
| | 6705 E DORADO PLACE | |

|      |                                   |        |
|------|-----------------------------------|--------|
|      | GREENWOOD VILLAGE, CO 80111       |        |
| 1087 | STEVE STEPHENS                    | 9,375  |
|      | 2389 ELMWOOD CIRCLE S.E.          |        |
|      | SMYMA, GA 30082                   |        |
| 1249 | FIDELITY CLEARING CANADA ULC ITF  | 750    |
|      | MICHAEL STERN                     |        |
|      | 483 BAY ST., STE 200              |        |
|      | TORONTO, ON                       |        |
|      | M5G 2N7 CANADA,                   |        |
| 1086 | STEVE & SON, LLC                  | 2,500  |
|      | HCR 74 BOX 80                     |        |
|      | LINDRITH, NM 87029                |        |
| 1260 | FIDELITY CLEARING CANADA ULC ITF  | 5,000  |
|      | SUBURBAN DRUG MARTS               |        |
|      | 483 BAY ST., STE 200              |        |
|      | TORONTO, ON                       |        |
|      | M5G 2N7 CANADA,                   |        |
| 1036 | JAMES E. SULLIVAN                 | 1,000  |
|      | 1410 HIGH STREET                  |        |
|      | DENVER, CO 80218                  |        |
| 1037 | JIM SULLIVAN                      | 5,000  |
|      | 1410 HIGH STREET                  |        |
|      | DENVER, CO 80218                  |        |
| 1094 | SUPERIOR WELL SERVICES            | 4,630  |
|      | 707 17TH STREET, SUITE 2170       |        |
|      | ***DENVER, CO 80202               |        |
| 1019 | DAVID SURGNIER                    | 15,000 |
|      | 914 ADDLEMAN STREET               |        |
|      | JOLIET, IL 60431                  |        |
| 1088 | STEVE SWANN                       | 400    |
|      | 1042 E. USTICK ROAD               |        |
|      | MERIDIAN, ID 83646                |        |
| 1134 | ALAN TALESNICK                    | 2,528  |
|      | 5030 BOW MAR DRIVE                |        |
|      | LITTLETON, CO 80123               |        |
| 1113 | PHIL TERRY &                      | 5,049  |
|      | TRACEY TERRY                      |        |
|      | JT TEN                            |        |
|      | 3705 GREENBRIER                   |        |
|      | DALLAS, TX 75225                  |        |
| 1237 | PHILLIP R. TERRY                  | 10,000 |
|      | 3705 GREENBRIER DRIVE             |        |
|      | DALLAS, TX 75225                  |        |
| 1053 | M. RAY THOMASSON &                | 3,500  |
|      | MERRILL SHIELDS                   |        |
|      | JT WROS                           |        |
|      | 1299 GILPIN ST. NO. 20            |        |

|  |  |  |
|---|---|---:|
|  | DENVER, CO 80218 |  |
| 1255 | FIDELITY CLEARING CANADA ULC ITF | 1,000 |
|  | TOPRUN INVESTMENTS LTD |  |
|  | 483 BAY ST., STE 200 |  |
|  | TORONTO, ON |  |
|  | M5G 2N7 CANADA, |  |
| 1244 | FIDELITY CLEARING CANADA ULC ITF | 750 |
|  | STEVEN TORCH |  |
|  | 483 BAY ST., STE 200 |  |
|  | TORONTO, ON |  |
|  | M5G 2N7 CANADA, |  |
| 1270 | FIDELITY CLEARING CANADA ULC ITF | 1,000 |
|  | GWENDOLYNE TORCH |  |
|  | 483 BAY ST. STE 200 |  |
|  | TORONTO, ON |  |
|  | M5G 2N7 CANADA, |  |
| 1071 | RICHARD L. TOUPAL | 70,000 |
|  | 9 THORNHURST |  |
|  | ***SAN ANTONIO, TX 78218 |  |
| 1216 | MARK TROTTER | 1,667 |
|  | 5420 LA JOLLA BLVD #B102 |  |
|  | LA JOLLA, CA 92037 |  |
| 1263 | FIDELITY CLEARING CANADA ULC ITF | 1,000 |
|  | MICHAEL TUMPANE |  |
|  | 483 BAY ST., STE 200 |  |
|  | TORONTO, ON |  |
|  | M5G 2N7 CANADA, |  |
| 1099 | UNION BEACH LP | 3,801 |
|  | 2714 HIBERNIA STREET |  |
|  | ***DALLAS, TX 75214 |  |
| 1261 | FIDELITY CLEARING CANADA ULC ITF | 1,250 |
|  | TONION VIOLA |  |
|  | 483 BAY ST., STE 200 |  |
|  | TORONTO, ON |  |
|  | M5G 2N7 CANADA, |  |
| 1096 | THIMOTHY S. WAFFORD | 301,655 |
|  | 8400 SAN FERNANDO WAY |  |
|  | DALLAS, TX 75218 |  |
| 1120 | WARBERG OPPORTUNISTIC TRADING FUND LP | 60 |
|  | 716 OAK STREET |  |
|  | WINNETKA, IL 60093 |  |
| 1025 | DOYLE M. WEATHERS TTEE | 500 |
|  | DOYLE M. WEATHERS TRUST |  |
|  | DTD 11/15/91 |  |
|  | 2616 S. KIPLING COURT |  |
|  | LAKEWOOD, CO 08027 |  |
| 1089 | STEVE WEATHERS | 22,003 |

|  |  |  |  |
|---|---|---|---|
|  | 1926 S. XENON ST. |  |  |
|  | LAKEWOOD, CO 80228 |  |  |
| 1140 | STEPHEN WEATHERS | 2,726 |  |
|  | 1926 S. XENON STREET |  |  |
|  | LAKEWOOD, CO 80228 |  |  |
| 1275 | WELLCREST ASSET MANAGEMENT, LP |  | 5,073,604 |
|  | 4516 LOVERS LANE #184 |  |  |
|  | DALLAS, TX 75225 |  |  |
| 1215 | LEONARD WHITE | 1,667 |  |
|  | 6114 CREEKVIEW |  |  |
|  | SUGARLAND, TX 77479 |  |  |
| 1101 | WESLEY F. WHITING | 5,000 |  |
|  | 10200 W. 44TH AVE. STE #210 |  |  |
|  | WHEAT RIDGE, CO 80033 |  |  |

Number of Number of Shares Total: 30,404,033          10,109,613  20,294,420

Please Choose Issuer:

agent or CEDE