**UNITED STATES BANKRUTPCY COURT**
**DISTRICT OF COLORADO**

In re:                                )
                                      ) Case No. 15-15610-MER
SUN RIVER ENERGY, INC.                )
                                      ) Involuntary Chapter 7
Debtor                                )

_____

**Statement of Financial Affairs**

_____

1. State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
AMOUNT                                SOURCE

   Gross Income of  $0.00  May 1, 2013 to date of filing
   Gross Income of  $86,067 as of the 12 Months Ended 4/30/13
   Gross Income of  $363,182  as of the 12 Months Ended 4/30/12

2. None

3.a. None

3.b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.

None

3.c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

(Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None.

4. a. Litigation - List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Nova Leasing, LLC v. Sun River Energy, Inc. and Mountain Share Transfer, Inc.; Cause No. 11-cv-00689; | Nova – alleges refusal to register shares of stock and artificial inflation of stock price. Sun River – claim for return of 1,200,000 shares of common stock | In the United States District Court for the District of Colorado. | Settled |
| Sun River Energy, Inc. v. Erik S. Nelson, Steve Stephens, and Coral Capital Partners, Inc.; Cause No. 11CV216 | Sun River – No duty to register transfer shares; Declaratory Judgment; Breach of Contract; Breach of Fiduciary Duty; Injunctive Relief<br><br>Nelson, Stephens & Coral Capital Partners – Breach of Contract; Violation of C.R.S. § 4-8-401; Conversion, Civil Theft, Tortious Interference; Common Law Fraud; Breach of Fiduciary Duty to Shareholders; | In the United States District Court for the District of Colorado. | Pending – Partial Summary Judgment Granted |

| | | | |
|---|---|---|---|
| | Declaratory Judgment | | |
| Sun River Energy, Inc. v. Harry Neal McMillan, Cicerone Corporate Development, LLC, CE McMillan Family Trust and JH Brech, LLC; Cause No. 3:13-cv-02456-D | Suit to recover 16(b) Short Swing Sale Profits | In the United States District Court for the Northern District of Texas | Judgment for Debtor for $1,684,000.00 |
| John Dein, M.D., Ginger "Gigi" Toupal, William "Bruce" Pitts, Steven R. Henson, M.D., David K. Henson, and Colin Richardson v. Sun River Energy, Inc., Donal R. Schmidt, Jr., Robert B. Fields, Stephen W. Weathers, Thimothy S. Wafford, Daniel M. Cofall, Judson "Rick" F. Hoover, Mark Hall, Penny Schmidt, Sierra Foxtrot, LP, and Sierra Foxtrot GenPar LLC; Cause No. 12-06318 | Colin Richardson - Derivative lawsuit Steven Henson – Defamation claim John Dein; Ginger Toupal; David K. Henson – individual shareholder claims  Sun River Energy, Inc.– counterclaims against all Plaintiffs  Sun River Energy, Inc. third party claims against: Fidare Consulting, LLC; RF Colorado Ventures, LLC; RF Colorado, LLC; Michael Littman; Cicerone Corporate Development, LLC; and Rangeford Resources, Inc. | In the 134th Judicial District Court of Dallas County, Texas | Settled and Judgment Entered |
| BPC Corp. v. Sun River Energy I, LLC, Sun River Energy, Inc. and Donal R. Schmidt, Jr.; Cause No. CC-12-03379-C | Breach of Contract | In the County Court at Law No. 3, Dallas County, Texas | Judgment Against Debtor for $654,456.61 |
| Wells Fargo | Mortgage | In the Eighth | Pending |

| | | | |
|---|---|---|---|
| Financial New Mexico, Inc. v. Damian Ramirez, Olmedo F. Ramirez, Jr., Dorothy Ramirez, the State of New Mexico Department of Taxation and Revenue, American Investment Bank, N.A. Credit Acceptance Corporation, The Unknown Spouse of Damian Ramirez, if any, Sun River Energy, Inc. and Colfax County Treasurer; Cause # CV 2012-146 | Foreclosure Lawsuit | Judicial District Court State of New Mexico County of Colfax | |
| Harry McMillan and Cicerone Corporate Development, LLC v. Sun River Energy, Inc. and Donal R. Schmidt, Jr. Cause No. DC 12-14868 | Libel and Libel Per Se, Business Disparagement; Breach of Contract, Exemplary Damages<br><br>Sun River counterclaim against Cicerone Corporate Development, LLC for Breach of Contract; Breach of Fiduciary Duty/Duty of Loyalty, Misappropriation of Confidential Information; Conversion; Punitive Damages | In the 95th District Court of Dallas County, Texas | Dismissed with Prejudice |
| Robert Wilkinson, Thomas Pollman, and Matthew Parker v. CPR Operatins, L.P., CPR Interests, | Breach of Contract | In the 410th Judicial District, Montgomery County, Texas | Judgment against Debtor, Receiver appointed, Court Ordered Sale of Assets |

| | | | |
|---|---|---|---|
| L.L.C., Randy Bartlett, Pherl Brossman, Stacy Everett, Co-Executor of the Estate of S. Carle Everett and B&B Energy Interests, L.L.C. and CPR Operations, L.P. third-party plaintiff v. Sun River Energy, Inc. third-party defendant Cause No. 12-12-13338-CV | | | |
| Vermejo Park, LLC v. Sun River and Bob Doak, Case No. D-809-CV-2013-00088 | Suit to quiet title | In the 8th Judicial District Court Colfax, County, NM | Pending |

4.b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None.

5. List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None.

6.a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses

whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

6.b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Sun River's entire Colfax County, New Mexico mineral interest sold by Court order as set for in Cause No. 12-12-13338-CV in the 410th Judicial District Court of Montgomery County, Texas.

7. List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

8. List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

9. List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

None.

10.a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both

spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Unknown property believed to be equipment, contracts, bools files, produced hydrocarbons, etc… under purchased asses as transferred to Colfax Exploration Partners I, LLC as set forth on Edgar Exhibit 10.2 to an 8-K filed by Maxwell Resources, Inc (MAXE) on August 3, 2014 under a certain Asset Purchase Agreement between Colfax Exploration Partners I, LLC and Maxwell Resources, Inc at buyer as of July 27, 2015.

10.b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None

11. List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None.

12. List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None.

13. List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None.

14. List all property owned by another person that the debtor holds or controls.

None.

15. If debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

5950 Berkshire Lane, Suite 1650, Dallas, Texas 75225

16. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

None

17  Environmental Information

For the purpose of this question, the following definitions apply:
"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.
"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.
"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous
material, pollutant, or contaminant or similar term under an Environmental Law.

17.a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None

17.b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

17.c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

18.a. *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| Name | Taxpayer ID | Address | Nature of the Business | Beginning and Ending Dates |
|---|---|---|---|---|
| Sun River Operating, Inc. f/k/a PC Operating Texas, Inc. | 27-3048505 | 5646 Milton Street, Suite 130, Dallas, Texas 75206 | Oil and Gas Operating Company | 6/22/2010 |
| Sun River NM I, LP | 46-1961894 | 5646 Milton Street, Suite 130, Dallas, Texas 75206 | Oil and Gas Exploration and Production Limited Partnership | 4/28/2011 - ongoing |
| Sun River ETX GENPAR I LLC | | 5646 Milton Street, Suite 130, Dallas, Texas 75206 | General Partner of Sun River ETX I, LP | 4/28/2011 - ongoing |
| Sun River ETX I, LP | | 5646 Milton Street, Suite 130, Dallas, Texas 75206 | Oil and Gas Exploration and Production Limited Partnership | 4/28/2011 - ongoing |
| Sun River Energy I, LLC | | 5646 Milton Street, Suite 130, Dallas, Texas 75206 | Held leases for offices space used by Sun River Energy, Inc. and its affiliates | 11/18/2010 – ongoing |
| Sun River NM | | 5646 Milton | General | 4/28/2011 – |

| | | | | |
|---|---|---|---|---|
| GENPAR I, LLC | | Street, Suite 130, Dallas, Texas 75206 | Partner of Sun River NM I, LP | ongoing |
| Sun River WTX GENPAR I, LLC | | 5646 Milton Street, Suite 130, Dallas, Texas 75206 | General Partner of Sun River WTX I, LP | 4/28/2011 – ongoing |
| Sun River WTX I, LP | | 5646 Milton Street, Suite 130, Dallas, Texas 75206 | Oil and Gas Exploration and Production Limited Partnership | 4/28/2011 - ongoing |
| New River Exploration, Inc. f/k/a Sun River Energy, Inc. | | 5646 Milton Street, Suite 130, Dallas, Texas 75206 | | 11/01/2002 - ongoing |
| Maxwell Resources, Inc. f/k/a Mericol, Inc. | 33-1219696 | 848 N. Rainbow Blvd. #2741 Las Vegas, NV 89107 | Natural resources exploration company | 11/17/2010 through November, 2014. |

18.b. b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

19.a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| Name and Address | Dates Services Rendered |
|---|---|
| Sun River Energy, Inc., 5646 Milton Street, Suite 130, Dallas, Texas 75206. | Inception to present |

19.b List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None.

19.c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

Sun River Energy, Inc., 5646 Milton Street, Suite 130, Dallas, Texas 75206. Sun River Energy, Inc. has been unable to confirm if any of the books of account and records from prior to August 1, 2010 are missing as in August 2010 an entirely new management team was hired and the corporate offices were moved from Sun River Energy, Inc.'s former attorneys' office in Denver, Colorado to Dallas, Texas.

Otherwise, Donal R. Schmidt, Jr.

19.d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

None

20.a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None

20.b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

None

21.a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership

Not applicable

21.b. Officers, Directors, and Stockholder w/more than 5%

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| Thimothy S. Wafford<br>8400 San Fernando Way<br>Dallas, Texas 75218 | COO and Secretary | 2.98% of Common Stock |
| Robert B. Fields<br>215 East 68th, 9Y<br>New York, NY 10065 | Director | 0.33% of Common Stock |

| Joe Laakman<br>8547 San Pedro<br>Dallas, Texas 75218 | Shareholder | 16.525% per Form 13G |
|---|---|---|

22.a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

Not applicable

22.b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| **Name and Address** | **Title** | **Date of Termination** |
|---|---|---|
| Donal R. Schmidt, Jr.<br>7402 Wentwood Drive<br>Dallas, Texas 75225 | Director | May 1, 2015 |

23. If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

None.

24. If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

>Sun River Energy, Inc.
>84-1491159

25. If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

None

Date August 10, 2015

                                                Respectfully submitted,

THE LAW FIRM OF DONAL R. SCHMIDT, JR.

*s/ Donal R. Schmidt, Jr.*
Donal R. Schmidt, Jr.
5646 Milton St.
Suite 130
Dallas, Texas 75206
Telephone: 214-236-1363
Facsimile: 877-676-8527
Email: donschmidtlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2015 I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing. All parties with notice were served by US Mail.

s/ Donal R. Schmidt, Jr.
Donal R. Schmidt, Jr.
