**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re ) | |
| ) | Case No. 15-15610 MER |
| SUN RIVER ENERGY, INC., ) | Chapter 7 |
| ) | |
| Debtor. ) | |

**ORDER CLARIFYING SCOPE OF AUTOMATIC STAY**

This matter comes before the Court on the Motion to Clarify Scope of Automatic Stay filed by Sierra Foxtrot, L.P.  Based on the representations of the parties made on the record at the hearing in this matter held August 25, 2015, and the Court's findings made of record at that hearing,

IT IS ORDERED the automatic stay pursuant to 11 U.S.C. § 362 applies to any action involving the real property described by the parties as "the Colfax Property" located in Colfax County, New Mexico, including, but not limited to, the legal proceeding styled James E. Pennington v. Sun River Energy, Inc., *et al.*, Case No. D-809-CV-2015-00030 filed in the Eighth Judicial District of Colfax County, New Mexico.  No action may be taken with respect to the Colfax Property, whether in a judicial proceeding or otherwise, without further order of this Court.

Dated August 27, 2015

BY THE COURT:

_____
Michael E. Romero
United States Bankruptcy Judge