IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 15-cv-01986-WYD    Bankruptcy No. 15-15610-MER

IN RE:

SUN RIVER ENERGY, INC.

    Debtor,

SIERRA FOXTROT, L.P.;
DONAL R. SCHMIDT, JR.; and
JAMES E. PENNINGTON,

    Appellees,

v.

NOVA LEASING , LLC;
STEVE STEPHENS;
ERIK S. NELSON;
HARVEY SENDER, as Chapter 7 Trustee,

    Respondents.

---

## ORDER
---

    THIS MATTER comes before the Court on the Motion to Abate Appeal (ECF No. 12), filed by Creditor, Sierra Foxtrot, L.P., and Creditors and Interested Parties, Donal R. Schmidt, Jr and James E. Pennington. Based on my careful review of the file and the pending motion and its attachments, I find that it should be **GRANTED**. It is hereby

    ORDERED that Appellants' appeal is abated and all matters relating to the appeal are stayed until such time as the Bankruptcy Court approves the proposed settlement or on further order of this Court. It is further

ORDERED that since the length of the Bankruptcy Court proceedings described in the motion is uncertain, I find that this appeal shall be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

Dated: November 6, 2015

BY THE COURT:

/s/ *Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE