# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| Sun River Energy, Inc. ) | |
|       Debtor. ) | Case No.:  15-15610-MER |
| ) | Chapter:  7 |
| ) | |
| ) | |
| ) | |

## NOTICE OF RULE 2004 EXAMINATION OF IVA L. BALLARD

    PLEASE TAKE NOTICE that Allen & Vellone, P.C., attorneys for Nova Leasing, LLC in the above-captioned case, will conduct a Rule 2004, Fed.R.Bankr.P., examination of Iva L. Ballard pursuant to this Court's Order dated October 9, 2015.

    The examination will be conducted on Tuesday, December 15, 2015 at 10:00 a.m. at Alliance Reporting Solutions, 2700 N. Central Avenue, Suite 350, Phoenix, Arizona and continue from day to day until completed.

    The examination shall be conducted before an officer appointed or designated under F.R.C.P. 28 to administer oaths and take testimony, and the testimony shall be record by sound, sound-and-visual or stenographic means.

Dated this 18th day of November, 2015.

                                                             Respectfully submitted,

                                                             */s/ Nicole M. Detweiler*
                                                             Jordan Factor, # 38126
                                                             Nicole Detweiler, IL Bar #6308875
                                                             1600 Stout Street, Ste. 1100
                                                             Denver, Colorado 80202
                                                             (303) 534-4499
                                                             jfactor@allen-vellone.com
                                                             ndetweiler@allen-vellone.com

                                                             Attorneys for Nova Leasing, LLC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2015, I caused the foregoing **NOTICE OF RULE 2004 EXAMINATION OF IVA L. BALLARD,** to be serviced via CM/ECF to the following:

| | |
|---|---|
| David Wadsworth<br>David Warner<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264 | M. Gabriel McFarland, LLC<br>Cyd Hunt<br>Evans & McFarland, LLC<br>910 13th St., Suite 200<br>Golden, CO 80401 |
| James E. Pennington<br>900 Jackson Street, Suite 440<br>Dallas, Texas 75202 | Christian C. Onsager<br>Onsager Guyerson Fletcher Johnson, LLC<br>1801 Broadway, Suite 900<br>Denver, CO 80202 |
| Donal R. Schmidt, Jr.<br>5646 Milton St., Suite 130<br>Dallas, Texas 75206 | Torben Welch<br>1430 Wynkoop St., Ste. 400<br>Denver, CO 80202 |
| Tobin D. Kern<br>Volant Law LLC<br>333 W. Hampden Ave., Suite 1000<br>Englewood, CO 80110 | Dave Giddens<br>Law Office of George Dave Giddens<br>10400 Academy NE, Suite 350<br>Albuquerque, NM 87111 |
| John P Dillman<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | |

*/s/  Terri M. Novoa*
Allen & Vellone, P.C.