United States Bankruptcy Court
District of Colorado

In re:  
Sun River Energy, Inc.  
      Debtor

Case No. 15-15610-MER  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: gonzalesc     Page 1 of 1     Date Rcvd: Dec 04, 2015  
                      Form ID: pdf904     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2015.

```
db         +Sun River Energy, Inc.,   1675 Broadway, Suite 1200,   Denver, CO 80202-4682
aty        +Cyd Hunt,   910 13th St., Suite 200,   Golden, CO 80401-0731
ptcrd      +Bob Fowler,   Nova Leasing, LLC,   P.O. Box 917,   Casper, WY 82602-0917
ptcrd      +Erik S. Nelson,   P.O. Box 191767,   Atlanta, GA 31119-1767
ptcrd      +Steve Stephens,   c/o Erik S. Nelson,   P.O. Box 191767,   Atlanta, GA 31119-1767
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2015                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2015 at the address(es) listed below:

```
          Christian C. Onsager    on behalf of Creditor    CE McMillan Family Trust consager@OGFJ-law.com,
           tcadwell@OGFJ-law.com;bmoss@OGFJ-law.com
          David Wadsworth    on behalf of Plaintiff Harvey  Sender dwadsworth@sww-legal.com,
           rhonda@sendwass.com;ECFDWadsworth@gmail.com
          David Wadsworth    on behalf of Trustee Harvey  Sender dvw@sendwass.com,
           rhonda@sendwass.com;ECFDWadsworth@gmail.com
          David Warner    on behalf of Trustee Harvey  Sender david.warner@sendwass.com,
           ECFDWarner@gmail.com;CFarris@sww-legal.com;ECFDWarner@gmail.com
          Donal R. Schmidt, Jr.    on behalf of Creditor    Sierra Foxtrot, L.P. donschmidtlaw@gmail.com
          Donal R. Schmidt, Jr.    on behalf of Creditor Donal Ray Schmidt, Jr. donschmidtlaw@gmail.com
          George (Dave) Giddens    on behalf of Creditor James E. & Iva L.  Ballard dave@giddenslaw.com,
           giddens@giddenslaw.com
          Harvey Sender    Sendertrustee@sendwass.com, hsender@ecf.epiqsystems.com
          James E. Pennington    on behalf of Interested Party James E Pennington jep@jeplawyer.com,
           dpound@jeplawyer.com
          Jordan D. Factor    on behalf of Petitioning Creditor Bob  Fowler jfactor@allen-vellone.com,
           CChristensen@allen-vellone.com
          Nicole Detweiler    on behalf of Creditor    Nova Leasing LLC ndetweiler@allen-vellone.com,
           nicolemdetweiler@gmail.com
          Tobin D. Kern    on behalf of Creditor    Nova Leasing LLC tkern@volantlaw.com,
           alamoureux@volantlaw.com
          Torben  Welch    on behalf of Creditor Jay  Leaver twelch@messner.com, sjolly@messner.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov
```
                                                                            TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

In re:

SUN RIVER ENERGY, INC.

Debtor.

Case No. 15-15610 MER

Chapter 7

NOTICE OF PRELIMINARY HEARING

PLEASE TAKE NOTICE that the following matter has been set for a preliminary hearing before the Honorable Michael E. Romero to be held on a trailing docket on **Monday, January 4, 2016, at 1:30 p.m.**, in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.  Your matter has been set for a non-evidentiary hearing of not more than fifteen (15) minutes.  If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing will be used as a scheduling conference and the matter will be reset to a later date.

Parties wishing to appear by telephone shall call 720-904-7499 at the scheduled time of the hearing.  The User ID for the conference call is 993 536 252#.  Please stay on the line until the court operator takes the roll call and the hearing begins.

**The matter set is: Motion to Approve Settlement Agreement Between Trustee, Donal R. Schmidt, Jr., Sierra Foxtrot, L.P. and James Pennington, and the objection by Nova Leasing, LLC**

NOTICE IS FURTHER GIVEN that in the event the matter is resolved, the hearing shall be vacated only upon (1) receipt of a stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or via telephone, who shall read the agreement into the record.

DATED: December 4, 2015

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
    United States Bankruptcy Court
    U.S. Custom House
    721 19th Street
    Denver, Colorado 80202-2508