UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date: **January 4, 2016**                                                                                     Honorable Michael E. Romero, Presiding

In re:   **SUN RIVER ENERGY, INC.**                                                                        Case No. 15-15610 MER
                                                                                                                                        Chapter 7
                                                                         Debtor.

|  | Appearances |  |  |
|---|---|---|---|
| Trustee |  | Counsel | **David Wadsworth** |
| Debtor |  | Counsel |  |
| Creditor | **Nova Leasing** | Counsel | **Jordan Factor/Nicole Detweiler/Tobin Kern** |
| Creditor | **James & Iva Ballard** | Counsel | **Dave Giddens** |
| Creditor | **CE McMillan Family Trust** | Counsel | **Christian Onsager** |
| Creditor | **James Pennington** | Counsel | *Pro se* |
| Creditor | **Donal Schmidt** | Counsel | **Sierra Foxtrot, LP** |

**Proceedings:**   Motion to Approve Settlement Agreement Between Trustee, Donal R. Schmidt, Jr., Sierra Foxtrot, L.P. and James Pennington, and the objection by Nova Leasing, LLC

**Orders:**

[X]   The Creditors who wish to assert claims of issue preclusion shall file opening briefs on that issue on or before February 8, 2016. Any party wishing to file a responsive brief may do so on or before February 29, 2016. The Court will determine if oral argument is necessary after review of the briefs.

Date: **January 4, 2016**                         FOR THE COURT:
                                                                    *Kenneth S. Gardner, Clerk*

                                                                    By: _____