```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                       Case No. 15-15610-MER
Sun River Energy, Inc.                                       Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 1082-1          User: cosior                 Page 1 of 2                  Date Rcvd: Jan 05, 2016
                              Form ID: pdf904              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2016.
db            +Sun River Energy, Inc.,    1675 Broadway, Suite 1200,    Denver, CO 80202-4682
aty           +Cyd Hunt,    910 13th St., Suite 200,    Golden, CO 80401-0731
aty           +M. Gabriel McFarland,    910 13th St., Suite 200,    Golden, CO 80401-0731
ptcrd         +Bob Fowler,    Nova Leasing, LLC,    P.O. Box 917,    Casper, WY 82602-0917
ptcrd         +Erik S. Nelson,    P.O. Box 191767,    Atlanta, GA 31119-1767
ptcrd         +Steve Stephens,    c/o Erik S. Nelson,    P.O. Box 191767,    Atlanta, GA 31119-1767
16823245      +BPC Corp.,    c/o Henry J. Ackels,    Ackels & Ackels, LP,    3030 LBJ Freeway, Suite 1550,
                Dallas, TX 75234-7735
16823229      +C.E. McMillan Family Trust,    214 Fresh Meadow,    Trophy Club, TX 76262-5524
16823260      +CPR Operations, LP,    PO Box 690022,    Houston, TX 77269-0022
16823261      +Condit Csajaghy LLC,    695 South Colorado Blvd. Suite 270,    Denver, CO 80246-8091
16823317     #+Donal R Schmidt Jr,    5646 Milton St., # 130,    Dallas, TX 75206-3929
16823308     #+Gilbert Steedley,    530 Farmers Market Way,    Dallas, TX 75201-8400
16823241      +Jay Leaver,    1570 South Forest Street,    Denver, CO 80223-3832
16823299      +Judson F. Rick Hoover,    104 Thistle Ct.,    Highland Village, TX 75077-3141
16823283      +Kelly Hart & Hallman LLP,    201 Main St., Ste. 2500,    Ft Worth, TX 76102-3194
16823284      +LBB & Associates Ltd, LLP,    10260 Westheimer Road, Suite 310,    Houston, TX 77042-3191
16823281      +Law Offices of James E. Pennington PC,    4516 Alto Vista Ln,    Dallas, TX 75229-2917
16823293     #+Pecan Station I LP,    5646 Milton Street, Suite 130,    Dallas, TX 75206-3929
16823304       Sessions, Fishman, Nathan & Israel, LLP,    Attorneys and Counsellors at Law,    PO Box 30807,
                New Orleans, LA 70190-0807
16823305     #+Sierra Foxtrot, LP,    5646 Milton St., # 130,    Dallas, TX 75206-3929
16823319      +Sun River Operating, Inc.,    5646 Milton St., # 130,    Dallas, TX 75206-3929
16823313      +Tim Wafford,    5646 Milton St., # 130,    Dallas, TX 75206-3929
16823227      +Tom Pollman,    12100 Melville Dr. Suite 305,    Montgomery, TX 77356-5401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: houston_bankruptcy@LGBS.com Jan 05 2016 23:50:42     John P Dillman,
                P.O.Box 3064,    Houston, Tx 77253-3064
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16823223     ##+Tonaquint, Inc.,,    Attn: John Fife, President,    303 E. Wacker Drive, Suite 1200,
                Chicago, IL 60601-5214
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2016 at the address(es) listed below:
              Christian C. Onsager    on behalf of Creditor    CE McMillan Family Trust consager@OGFJ-law.com,
               tcadwell@OGFJ-law.com;bmoss@OGFJ-law.com
              David Wadsworth    on behalf of Trustee Harvey   Sender dvw@sendwass.com,
               rhonda@sendwass.com;ECFDWadsworth@gmail.com
              David Wadsworth    on behalf of Plaintiff Harvey   Sender dwadsworth@sww-legal.com,
               rhonda@sendwass.com;ECFDWadsworth@gmail.com
              David Warner    on behalf of Trustee Harvey   Sender david.warner@sendwass.com,
               ECFDWarner@gmail.com;CFarris@sww-legal.com;ECFDWarner@gmail.com
              Donal R. Schmidt, Jr.    on behalf of Creditor Donal Ray Schmidt, Jr. donschmidtlaw@gmail.com
```

```
District/off: 1082-1          User: cosior              Page 2 of 2                  Date Rcvd: Jan 05, 2016
                              Form ID: pdf904           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Donal R. Schmidt, Jr.    on behalf of Creditor    Sierra Foxtrot, L.P. donschmidtlaw@gmail.com
          George (Dave) Giddens     on behalf of Creditor James E. & Iva L.  Ballard dave@giddenslaw.com, giddens@giddenslaw.com
          Harvey Sender    Sendertrustee@sendwass.com,    hsender@ecf.epiqsystems.com
          James E. Pennington    on behalf of Interested Party James E Pennington jep@jeplawyer.com, dpound@jeplawyer.com
          Jordan D. Factor    on behalf of Petitioning Creditor Bob  Fowler jfactor@allen-vellone.com, tnovoa@allen-vellone.com
          Nicole Detweiler    on behalf of Creditor    Nova Leasing LLC ndetweiler@allen-vellone.com, jsena@allen-vellone.com;nicolemdetweiler@gmail.com
          Tobin D. Kern    on behalf of Creditor    Nova Leasing LLC tkern@volantlaw.com, alamoureux@volantlaw.com
          Torben Welch    on behalf of Creditor Jay  Leaver twelch@messner.com,   sjolly@messner.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov

                                                                                                                                        TOTAL: 14

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

Date: **January 4, 2016**                                                                                           Honorable Michael E. Romero, Presiding

In re:    **SUN RIVER ENERGY, INC.**                                                                          Case No. 15-15610 MER
                                                                                                                                                Chapter 7
                                                                                              Debtor.

| | Appearances | | |
|---|---|---|---|
| Trustee | | Counsel | **David Wadsworth** |
| Debtor | | Counsel | |
| Creditor | **Nova Leasing** | Counsel | **Jordan Factor/Nicole Detweiler/Tobin Kern** |
| Creditor | **James & Iva Ballard** | Counsel | **Dave Giddens** |
| Creditor | **CE McMillan Family Trust** | Counsel | **Christian Onsager** |
| Creditor | **James Pennington** | Counsel | *Pro se* |
| Creditor | **Donal Schmidt** | Counsel | **Sierra Foxtrot, LP** |

**Proceedings:**   Motion to Approve Settlement Agreement Between Trustee, Donal R. Schmidt, Jr., Sierra Foxtrot, L.P. and James Pennington, and the objection by Nova Leasing, LLC

**Orders:**

[X]   The Creditors who wish to assert claims of issue preclusion shall file opening briefs on that issue on or before February 8, 2016. Any party wishing to file a responsive brief may do so on or before February 29, 2016. The Court will determine if oral argument is necessary after review of the briefs.

Date: **January 4, 2016**            FOR THE COURT:
                                                     *Kenneth S. Gardner, Clerk*

                                                     By: _____