## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-15610-MER |
| SUN RIVER ENERGY, INC. ) | |
| ) | Involuntary Chapter 7 |
| Debtor ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2016, a true and correct copy of Respondents' Brief in Response was served to the following parties through the Court's ECF system:

Jordan D. Factor
ALLEN & VELLONE, P.C.
1600 Stout Street, Ste. 1100
Denver, CO 80202-3160

Bob Fowler
Nova Leasing, LLC
P.O. Box 917
Casper, WY 82602-0917

Cyd Hunt
910 13th St., Ste. 200
Golden, CO 80401-0731

M. Gabriel McFarland
910 13th St., Ste. 200
Golden, CO 80401-0731

Christian C. Onsager
ONSAGER | GUYERSON |
FLETCHER | JOHNSON LLC

Sun River Energy, Inc.
1675 Broadway, Suite 1200
Denver, CO 80202-4682

Erik S. Nelson
P.O. Box 191767
Atlanta, GA 31119-1767

Thimothy Wafford
8400 San Fernando Way
Dallas, Texas 75218

Torben M. Welch
MESSNER REEVES LLP
1430 Wynkoop St., #300
Denver, CO 80202

George D. Giddens
THE LAW OFFICE OF
GEORGE "DAVE" GIDDENS,
P.C.

US Trustee
Byron G. Rogers Fed.
Bldg.
1961 Stout Street,
Ste. 12-200
Denver, CO 80294-1961

Harvey Sender, Esq.
Trustee
SENDER WASSERMAN
WADSWORTH, P.C.
1660 Lincoln St., #2200
Denver, Colorado 80264

David V. Wadsworth
SENDER WASSERMAN
WADSWORTH, P.C.
1660 Lincoln St., #2200
Denver, Colorado 80264

David J. Warner

Certificate of Service
Page | 1

| | | |
|---|---|---|
| 1801 Broadway, Ste. 900<br>Denver, CO 80202-3858 | 10400 Academy, Suite 350<br>Albuquerque, NM 87111 | SENDER WASSERMAN<br>WADSWORTH, P.C.<br>1660 Lincoln St., #2200 |
| Steve Stephens<br>c/o Erik S. Nelson<br>P.O. Box 191767<br>Atlanta, GA 31119-1767 | Nickay B. Manning<br>NICKAY B. MANNING, LLC<br>725 Sierra Vista Road<br>Corrales NM 87048 | Denver, Colorado 80264 |
| Donal R. Schmidt, Jr.<br>5646 Milton St., Ste. 130<br>Dallas, Texas 75206 | Tobin D. Kern<br>VOLANT LAW LLC<br>333 W. Hampden Ave., #1000<br>Englewood, CO 80110 | |

Respectfully submitted,

s/ Donal R. Schmidt, Jr.
THE LAW FIRM OF DONAL R. SCHMIDT, JR.
5646 Milton St., Suite 130
Dallas, Texas 75206
Telephone: 214-236-1363
Facsimile: 877-676-8527
Email: donschmidtlaw@gmail.com

**Attorney for Appellants/Creditors**
**Sierra Foxtrot, LP and**
**Donal R. Schmidt, Jr.**