(COB Form nopd.jsp #152)(10/11)

# UNITED STATES BANKRUPTCY COURT
District of Colorado

Sun River Energy, Inc.  
Debtor(s)  
Debtor SSN/TaxId Nos.:  
84–1491159  
Joint Debtor SSN/Tax Id Nos.:

Case Number.: 15–15610–MER  
Chapter: 7

Debtor(s)  
aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 5/16/16.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief, or 5/16/16 .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:

>  Clerk of the Bankruptcy Court  
>  U.S. Custom House  
>  721 19th Street  
>  Denver, Colorado 80202–2508

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

Dated: 2/10/16

s/ Harvey Sender  
1660 Lincoln St.  
Ste. 2200  
Denver, CO 80264

**Aliases Page**

**Debtor aka(s):**
No Aliases for Debtor