United States Bankruptcy Court
District of Colorado

In re:                                                              Case No. 15-15610-MER
Sun River Energy, Inc.                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1          User: cosior              Page 1 of 3          Date Rcvd: Feb 10, 2016
                              Form ID: 152              Total Noticed: 100

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2016.
```
db             +Sun River Energy, Inc.,    1675 Broadway, Suite 1200,    Denver, CO 80202-4682
aty            +Cyd Hunt,    910 13th St., Suite 200,    Golden, CO 80401-0731
aty            +M. Gabriel McFarland,    910 13th St., Suite 200,    Golden, CO 80401-0731
ptcrd          +Bob Fowler,    Nova Leasing, LLC,    P.O. Box 917,    Casper, WY 82602-0917
ptcrd          +Erik S. Nelson,    P.O. Box 191767,    Atlanta, GA 31119-1767
ptcrd          +Steve Stephens,    c/o Erik S. Nelson,    P.O. Box 191767,    Atlanta, GA 31119-1767
16823245       +BPC Corp.,    c/o Henry J. Ackels,    Ackels & Ackels, LP,    3030 LBJ Freeway, Suite 1550,
                 Dallas, TX 75234-7735
16823226       +BW Raton LLC,    c/o Richard De Stefano,    DeStefano Law Firm P.C.,    509 Camino de la Placita,
                 Taos, NM 87571-5807
16823251       +Black Seed Enterprise,    244 5th Avenue, Ste. T263,    New York, NY 10001-7604
16823253       +Brammer Engineering, Inc.,    400 Texas Street, Ste. 600,    Shreveport, LA 71101-3546
16823252       +Broad and Cassel,    Attorneys at Law,    2 S Biscayne Blvd,    1 Biscayne Twr-21st Fl,
                 Miami, FL 33131-1800
16823254       +Broadridge ICS,    PO Box 416423,    Boston, MA 02241-6423
16823229       +C.E. McMillan Family Trust,    214 Fresh Meadow,    Trophy Club, TX 76262-5524
16823260       +CPR Operations, LP,    PO Box 690022,    Houston, TX 77269-0022
16823255       +Carpenter Reporting, Inc.,    12510 East Iliff Avenue,    Aurora, CO 80014-6376
16823256       +Cawley Gillespie & Assoc Inc.,    306 W. Seventh St., Ste. 302,    Ft Worth, TX 76102-4987
16823257       +Cicerone Corporate Development LLC,    1224 N. Hwy 377,    Ste. 303, PMB 56,
                 Roanoke, TX 76262-9114
16823234       +Colin Richardson,    c/o Jeffrey Goldfarb, Goldfarb LLP,    Saint Anne Court,
                 2501 N. Harwood St., Suite 1801,    Dallas, TX 75201-1613
16823261       +Condit Csajaghy LLC,    695 South Colorado Blvd. Suite 270,    Denver, CO 80246-8091
16823238       +Coral Capital Partners, Inc.,    c/o M. Garbriel McFarland,    Evans & McFarland, LLC,
                 910 13th St., Suite 200,    Golden, CO 80401-0731
16823264       +Dallas Petroleum Club,    2200 Ross Ave., Ste. 4150E,    Dallas, TX 75201-2749
16823258       +Daniel M. Cofall,    2213 High Point Drive,    Corinth, TX 76210-3611
16823232       +David K. Henson,    6620 Eagle Drive,    Derby, KS 67037-9054
16823263       +Denis L. Schmidt,    508 Prairie,    Cleburne, TX 76033-5351
16823317       #+Donal R Schmidt Jr,    5646 Milton St., # 130,    Dallas, TX 75206-3929
16823271       #+Donal R. Schmidt, Jr.,    Gardere Wynne Attys,    5646 Milton St., Suite 130,
                 Dallas, TX 75206-3929
16823265       #+Donal R. Schmidt, Jr.,,    5646 Milton Street, Suite 130,    Dallas, TX 75206-3929
16823236       +Erik S. Nelson,    c/o M. Garbriel McFarland,    Evans & McFarland, LLC,
                 910 13th St., Suite 200,    Golden, CO 80401-0731
16823267        Fedex,    PO Box 660481,    Dallas, TX 75266-0481
16823269       +Fish & Richardson PC,    5000 Bank One Center,    1717 Main St.,    Dallas, TX 75201-4612
16823270       +Fusion Labs,    Two Lincoln Centre,    5420 LBJ Freeway, Ste. 800,    Dallas, TX 75240-6290
16823272       +Gateway Cabling,    402 Peach St.,    Abilene, TX 79602-1135
16823273        Geomap Company,    P O Box 671077,    Dallas, TX 75267-1077
16823308       #+Gilbert Steedley,    530 Farmers Market Way,    Dallas, TX 75201-8400
16823235        Ginger 'Gigi' Toupal,    9 Thornhurst,    San Antonio, TX 78218-6033
16823276       +Haynes and Boone LLP,    Attorneys and Counselors,    2505 North Plano Road, Ste. 4000,
                 Richardson, TX 75082-4109
16823275       +Hinkle, Hensley Shanor & Martin LLP,    PO Box 10,    Roswell, NM 88202-0010
16823277        Ice Systems Inc.,    dba/ Proxy Trust,    100 Patco Court, Ste. 9,    Islandia, NY 11749-1522
16823278        InveShare, Inc,    PO Box 191308,    Atlanta, GA 31119-1308
16823248       +James E. Pennington,    Founders Square,    900 Jackson Street, Suite 440,
                 Dallas, TX 75202-4473
16823241       +Jay Leaver,    1570 South Forest Street,    Denver, CO 80222-3832
16823231       +John Dein,    3800 Fair Hill Rd,    Fair Oaks, CA 95628-6815
16823299       +Judson F. Rick Hoover,    104 Thistle Ct.,    Highland Village, TX 75077-3141
16823282       +K-2 Land Services Inc,    121 S. Broadway, Ste. 706,    Tyler, TX 75702-7210
16823283       +Kelly Hart & Hallman LLP,    201 Main St., Ste. 2500,    Ft Worth, TX 76102-3194
16823284       +LBB & Associates Ltd, LLP,    10260 Westheimer Road, Suite 310,    Houston, TX 77042-3191
16823281       +Law Offices of James E. Pennington PC,    4516 Alto Vista Ln,    Dallas, TX 75229-2917
16823285       +Leaverite Exploration Inc.,    1570 South Forest Street,    Denver, CO 80222-3832
16823286        LexisNexis,    P O Box 7247-7090,    Philadelphia, PA 19170-7090
16823287       +Lightfoot Guest Moore & Co., PC,    1501 LBJ Freeway Ste.500,    Dallas, TX 75234-6054
16823289        M&M Securities Services Inc.,    PO Box 260168,    Plano, TX 75026-0168
16823243       +Mark Fox,    c/o Michael S. Mills,    Fletcher, Farley, Shipman & Salinas, LLP,
                 8750 N. Central Expressway, 16th Floor,    Dallas, TX 75231-6457
16823274       +Mark Hall,    Lincoln Center II,    5420 LBJ Frwy., Ste. 850,    Dallas, TX 75240-6274
16823288        Mediant Communications LLC,    PO Box 29973,    New York, NY 10087-9976
16823290       +Monty Montgomery,    5646 Milton Street, Suite 130,    Dallas, TX 75206-3929
16823292        Ozarka Direct,    a Division of Nestle Waters N.A.,    PO Box 856680,    Louisville, KY 40285-6680
16823293       #+Pecan Station I LP,    5646 Milton Street, Suite 130,    Dallas, TX 75206-3929
16823294        Petroleum Listing Service,    PO Box 4987,    Houston, TX 77210-4987
16823296       +QuoteMedia,    Dynamic Market Data Solutions,    17100 E. Shea Blvd., Ste. 230,
                 Fountain Hills, AZ 85268-6745
16823301       +R L Telecommunications Inc,    2730 N Stemmons Freeway, Ste.105,    Dallas, TX 75207-2204
16823224       +RR Donnelly,    1931 Market Center Blvd.,    Dallas, TX 75207-3307
16823297        Regus Management Group, LLC,    PO Box 842456,    Dallas, TX 75284-2456
```

```
District/off: 1082-1            User: cosior                Page 2 of 3              Date Rcvd: Feb 10, 2016
                                Form ID: 152                Total Noticed: 100

16823225       Robin Blair,   Attorney at Law,    PO Box 10,   Raton,NM 87740-0010
16823300      +Rothgerber Johnson & Lyons LLP,    One Tabor Ctr, #3000,    1200 17th Street,
                Denver, CO 80202-5839
16823309      +S & W Aircraft Leasing LLC,    5646 Milton St., # 130,    Dallas, TX 75206-3929
16823302     #+Schaefer Oilfield Services,    13137 Autumn Ash,    Conroe, TX 77302-3157
16823244       Schneider Distributing Co., Inc.,    c/o Paul D. Stipanovic,
                Gossett, Harrison, Millican & Stipanovic,    PO Drawer 911,    San Angelo, TX 76902-0911
16823303      +Securities Transfer Corporation,    2591 Dallas Parkway, Ste. 102,    Frisco, TX 75034-8543
16823304       Sessions, Fishman, Nathan & Israel, LLP,    Attorneys and Counsellors at Law,    PO Box 30807,
                New Orleans, LA 70190-0807
16823305     #+Sierra Foxtrot, LP,    5646 Milton St., # 130,   Dallas, TX 75206-3929
16823306      +Special Delivery Service Inc.,    5470 LBJ Freeway,   Dallas, TX 75240-1044
16823315       Stephen Weathers,    1926 S Xenon St,   Lakewood, CO 80228-4352
16823237      +Steve Stephens,    c/o M. Garbriel McFarland,    Evans & McFarland, LLC,
                910 13th St., Suite 200,    Golden, CO 80401-0731
16823233      +Steven R. Henson,    c/o G. Kevin Buchanan,    Buchanan & Bellan LLP,
                900 Jackson Street, Ste. 350,    Dallas, TX 75202-4486
16823242      +Stuart J. Newsome,    4131 Dunhaven Road,   Dallas, TX 75220-3739
16823307      +Sun River Energy East Texas,    5646 Milton St., # 130,    Dallas, TX 75206-3929
16823319      +Sun River Operating, Inc.,    5646 Milton St., # 130,    Dallas, TX 75206-3929
16823312      +Thomasson Partner Associates, Inc.,    1410 High Street,    Denver, CO 80218-2609
16823298      +Thomson Reuters (Markets) LLC,    3 Timexs Square,   New York, NY 10036-6564
16823316       Thomson West Payment Center,    PO Box 6292,   Carol Stream, IL 60197-6292
16823313      +Tim Wafford,    5646 Milton St., # 130,   Dallas, TX 75206-3929
16823311      +Title Services Inc.,    PO Box 696,   Raton, NM 87740-0696
16823227      +Tom Pollman,    12100 Melville Dr. Suite 305,    Montgomery, TX 77356-5401
16823240     #+Tom Schaefer,    13137 Autumn Ash,   Conroe, TX 77302-3157
16823268      +Tradestar Group,    215 East 68th Apt 9Y,   New York, NY 10065-5723
16823239      +UV Logistics, LLC,    c/o Craig J. Luffy,   Philip D. Collins & Associates, P.C.,
                7557 Rambler Road, Suite 930,    Dallas, TX 75231-2392
16823314      +Vintage Filings,    A Division of PR Newswire,    350 Hudson Street,   Suite 300,
                New York, NY 10014-4504
16823280       Woodlands Metro Center MUD,    Jeannie Manning, RTA,    PO Box 7829,
                The Woodlands, TX 77387-7829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: houston_bankruptcy@LGBS.com Feb 10 2016 23:16:34      John P Dillman,
                 P.O.Box 3064,    Houston, Tx  77253-3064
tr             +EDI: QHSENDER.COM Feb 10 2016 23:08:00      Harvey Sender,    1660 Lincoln St.,   Ste. 2200,
                 Denver, CO 80264-2202
16823250        EDI: ATTWIREBK.COM Feb 10 2016 23:08:00      A T & T,    PO Box 105414,   Atlanta, GA 30348-5414
16823249        EDI: CINGMIDLAND.COM Feb 10 2016 23:08:00      A T & T,    PO Box 6463,
                 Carol Stream, IL 60197-6463
16916929        E-mail/Text: houston_bankruptcy@LGBS.com Feb 10 2016 23:16:34      Angelina County,
                 c/o John P Dillman,    P.O.Box 3064,   Houston, Tx 77253-3064
16916930        E-mail/Text: houston_bankruptcy@LGBS.com Feb 10 2016 23:16:34      Angelina County Court Costs,
                 c/o John P Dillman,    P.O.Box 3064,   Houston, Tx 77253-3064
16823262        E-mail/Text: schristopher@denitech.com Feb 10 2016 23:16:26      Denitech,   PO Box 844173,
                 Dallas, TX 75284-4173
16916966        E-mail/Text: houston_bankruptcy@LGBS.com Feb 10 2016 23:16:34      Houston CAD,
                 c/o John P Dillman,    P.O.Box 3064,   Houston, Tx 77253-3064
16823279        E-mail/Text: ipfscollectionsreferrals@ipfs.com Feb 10 2016 23:16:49      IPFS Corporation,
                 PO Box 730223,    Dallas, TX 73023-0223
16916968        E-mail/Text: houston_bankruptcy@LGBS.com Feb 10 2016 23:16:34      Montgomery County,
                 c/o John P Dillman,    P.O.Box 3064,   Houston, Tx 77253-3064
16823295        E-mail/Text: jay.gerber@prnewswire.com Feb 10 2016 23:16:51      PR Newswire Association, LLC,
                 GPO Box 5897,    New York, NY 10087-5897
16823310        E-mail/Text: dolores.futrell@twcable.com Feb 10 2016 23:16:47      Time Warner Cable,
                 PO Box 650063,    Dallas, TX 75265-0063
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Thimothy S. Wafford
16823222        JMJ Financial,   c/o Justin Keener,    jwkbiz@yahoo.com
16823318*      +Tim Wafford,    5646 Milton St., # 130,   Dallas, TX 75206-3929
16823247     ##+Cicerone Corporate Development,    c/o Weldon L. Moore, III,    Sussman & Moore, L.L.P.,
                8333 Douglas Ave., Suite 1525,    Dallas, TX 75225-5995
16823259     ##+Concord Communications,    1614 S Broadway, Ste. 110,    Carrollton, TX 75006-8912
16823266     ##+Echo Geophysical Corporation,    990 South Broadway,    Suite 220,   Denver, CO 80209-4071
16823246     ##+Harry N. McMillan,    c/o Weldon L. Moore, III,    Sussman & Moore, L.L.P.,
                8333 Douglas Ave., Suite 1525,    Dallas, TX 75225-5995
16823230     ##+Hunter & Kmiec,    c/o James A. Hunter,   150 East 44th Street, No. 9A,
                New York, NY 10017-4069
16823291     ##+National Registered Agents, Inc,    PO Box 927,   West Windsor, NJ 08550-0927
16823228     ##+Robert Wilkinson,    13135 Worthington, St.,   Sugarland, TX 77478-2561
16823223     ##+Tonaquint, Inc.,,    Attn: John Fife, President,    303 E. Wacker Drive, Suite 1200,
                Chicago, IL 60601-5214
                                                                                   TOTALS: 2, * 1, ## 8
```

```
District/off: 1082-1           User: cosior                Page 3 of 3              Date Rcvd: Feb 10, 2016
                               Form ID: 152                Total Noticed: 100
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2016                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2016 at the address(es) listed below:
              Christian C. Onsager    on behalf of Creditor   CE McMillan Family Trust consager@OGFJ-law.com,
               tcadwell@OGFJ-law.com;bmoss@OGFJ-law.com
              David  Wadsworth    on behalf of Trustee Harvey  Sender dvw@sendwass.com,
               rhonda@sendwass.com;ECFDWadsworth@gmail.com
              David  Wadsworth    on behalf of Plaintiff Harvey  Sender dwadsworth@sww-legal.com,
               rhonda@sendwass.com;ECFDWadsworth@gmail.com
              David  Warner    on behalf of Trustee Harvey  Sender david.warner@sendwass.com,
               ECFDWarner@gmail.com;CFarris@sww-legal.com;ECFDWarner@gmail.com
              Donal R. Schmidt, Jr.    on behalf of Creditor Donal Ray Schmidt, Jr. donschmidtlaw@gmail.com
              Donal R. Schmidt, Jr.    on behalf of Creditor   Sierra Foxtrot, L.P. donschmidtlaw@gmail.com
              George (Dave) Giddens    on behalf of Creditor James E. & Iva L.  Ballard dave@giddenslaw.com,
               giddens@giddenslaw.com
              Harvey  Sender    Sendertrustee@sendwass.com, hsender@ecf.epiqsystems.com
              James E. Pennington    on behalf of Interested Party James E Pennington jep@jeplawyer.com,
               dpound@jeplawyer.com
              Jordan D. Factor    on behalf of Petitioning Creditor Bob  Fowler jfactor@allen-vellone.com,
               tnovoa@allen-vellone.com
              Nicole  Detweiler    on behalf of Creditor   Nova Leasing LLC ndetweiler@allen-vellone.com,
               jwest@allen-vellone.com;nicolemdetweiler@gmail.com
              Tobin D. Kern    on behalf of Creditor   Nova Leasing LLC tkern@volantlaw.com,
               alamoureux@volantlaw.com
              Torben  Welch    on behalf of Creditor Jay  Leaver twelch@messner.com, sjolly@messner.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 14
```

(COB Form nopd.jsp #152)(10/11)

## UNITED STATES BANKRUPTCY COURT
District of Colorado

Sun River Energy, Inc.  
Debtor(s)  
Debtor SSN/TaxId Nos.:  
84−1491159  
Joint Debtor SSN/Tax Id Nos.:

Case Number.: 15−15610−MER  
Chapter: 7

Debtor(s)  
aka(s), if any will be listed on the following page

### NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 5/16/16.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief, or 5/16/16 .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:

Clerk of the Bankruptcy Court  
U.S. Custom House  
721 19th Street  
Denver, Colorado 80202−2508

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

Dated: 2/10/16

s/ Harvey Sender  
1660 Lincoln St.  
Ste. 2200  
Denver, CO 80264

**Aliases Page**

**Debtor aka(s):**
No Aliases for Debtor