



March 09, 2016

Harvey Sender
1660 Lincoln St.,
Ste. 2200,
Denver, CO 80264

Re: Sun River Energy, Inc., Debtor // To: C.E. McMillan Family Trust

Case No. 1515610MER

Dear Sir/Madam:

C.E. McMillan Family Trust is not listed on our records or on the records of the State of CO.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 528783448

Sent By Regular Mail


cc: Colorado - U.S. Bankruptcy Court
    U.S. Custom House,
    721 19th Street,
    Denver, CO 80202