# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-15610 MER |
| SUN RIVER ENERGY, INC., ) | |
| ) | Involuntary Chapter 7 |
| Debtor. ) | |

**ORDER
(A) APPROVING THE ASSET PURCHASE
AGREEMENT BETWEEN THE ESTATE AND THE PURCHASER, AND
(B) AUTHORIZING THE SALE OF ESTATE
ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND
INTERESTS, AND (C) GRANTING RELATED RELIEF**

THIS MATTER, having come before the Court on relating to the Order (A) Approving Bidding Procedures in Connection with the Sale of Estate Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and a Sale Hearing, and (D) Granting Related Relief ("Order")[1] at ECF No. 314, Report of Auction Results filed by Harvey Sender, chapter 7 trustee ("Trustee") at ECF No. 339, and Minute Order at ECF No. 341, the Court having reviewed the foregoing; notice being proper under all circumstances; no objections having been filed in opposition to the foregoing sale documents; and being otherwise duly informed hereby

**ORDERS THAT**:

1. New Dawn Energy 1.1 LLC or Permitted Assignees (as defined in Section 17(f) of the Asset Purchase Agreement) ("Purchaser") has completed its due diligence and there are no remaining conditions to closing. Accordingly, the Asset Purchase Agreement dated August 1, 2022, between Purchaser and Trustee is APPROVED according to its terms;

---

[1] Unless otherwise defined herein all capitalized terms refer to the defined terms in the Order and related documents.

2

2. Trustee may sell the Assets free and clear of liens, claims, encumbrances, and other interests (except as set forth in the applicable Purchase Agreement), with all such liens, claims, encumbrances, and other interests attaching with the same validity and priority to the Sale proceeds; and

3. Trustee may compensate the Stalking Horse Bidder and take all necessary actions pursuant to the Order.

4. Trustee is authorized to pay Energy Advisors Group, LLC a total fee of One Hundred Sixty-Five Thousand Dollars ($165,000.00) pursuant to the Marketing and Services Agreement dated July 29, 2021, as subsequently amended, and approved by this Court at ECF No. 298.

Dated November 14, 2022

Honorable Michael E. Romero
United States Bankruptcy Court Judge